1  REED R. KATHREIN (139304)
   HAGENS BERMAN SOBOL SHAPIRO LLP
2  715 Hearst Avenue, Suite 202
   Berkeley, CA 94710
3  Telephone: (510) 725-3000
   Facsimile: (510) 725-3001
4  reed@hbsslaw.com

5  STEVE W. BERMAN
   HAGENS BERMAN SOBOL SHAPIRO LLP
6  1301 Fifth Avenue, Suite 2900
   Seattle, WA 98101
7  Telephone: (206) 623-7292
   Facsimile: (206) 623-0594
8  steve@hbsslaw.com

9  Attorneys for Plaintiffs

10 [Additional counsel listed on signature page]

FILED
MAY 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH JANE JARRETT, NANCY ISENHOWER, and JEFFREY H. FRANKEL, <br><br> Plaintiffs, <br><br> v. <br><br> INTERMUNE INC., W. SCOTT HARKONEN and GENENTECH, INC., <br><br> Defendants. | No. 08-cv-02376 EMC <br><br> ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED |

- 1 -

010059-11 238354 V1

1  **TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

2  Pursuant to Local Rule 3-12, Plaintiff Jarrett respectfully submits this administrative motion
3  to consider whether a case filed in this District, *Jarrett, et al. v. InterMune, Inc., et al.*, Case No.
4  08-cv-02376 ("*Jarrett*") (filed May 8, 2008) should be related to two other cases filed in this District,
5  *United States v. InterMune, Inc.*, Case No. 06-cr-00707 MHP ("*InterMune*"), filed October 26, 2006,
6  and *United States v. Harkonen*, Case No. 08-cr-00164 MHP ("*Harkonen*"), filed March 18, 2008.
7  The three actions concern substantially the same parties, transactions and events, and it appears
8  likely that there will be an unduly burdensome duplication of labor and expense or the risk of
9  conflicting results if the cases are adjudicated before different judges.

10  On October 26, 2006, the United States filed an Information, CR 06-0707 JSW, later changed
11  to CR 06-0707 MHP, charging InterMune, Inc. with one felony count of violating the Food, Drug,
12  and Cosmetic Act (21 U.S.C. §§ 331(k) and 333(a)(2)) by promoting its drug ACTIMMUNE for the
13  treatment of idiopathic pulmonary fibrosis ("IPF"), a condition for which it was not approved by the
14  FDA, while the drug was held for sale after shipment in interstate commerce. InterMune, Inc.
15  entered into a deferred prosecution agreement which was approved by the Court on or about
16  December 4, 2006.

17  On March 18, 2008, the grand jury indicted W. Scott Harkonen on one count of wire fraud
18  (18 U.S.C. § 1343) and one felony count of violating the Food, Drug, and Cosmetic Act (21 U.S.C.
19  §§ 331(k), 333(a)(2) and 352(a)) related to his role in the creation and dissemination of false and
20  misleading information about the efficacy of ACTIMMUNE as a treatment for IPF. Harkonen was
21  the former Chief Executive Officer and board member of InterMune, Inc., and held those positions
22  during the period of time at issue in the information filed against InterMune, Inc., August 2002
23  through January 2003.

24  On April 1, 2008, the Court found that *Harkonen* was related to *InterMune*.

25  This case should be related to *InterMune* and *Harkonen*. All three cases involve the same
26  underlying conduct and harm: a scheme to defraud by falsely portraying ACTIMMUNE as a
27  medically effective and scientifically proven treatment for IPF. All three cases involve the same
28  product, the same documents, and the same witnesses. In the case of *InterMune* and *Harkonen*, the

ADMINISTRATIVE MOT. TO CONSIDER WHETHER CASES        - 1 -
SHOULD BE RELATED – NO. 08-cv-02376 EMC
010059-11 238354 V1

1 victims of the scheme are governmental health care programs and payors, e.g., Medicare and
2 Medicaid. In the case of *Jarrett,* the victims are consumers and private health care payors such as
3 employee benefit plans, not-for-profit health plans and commercial insurers. The acts and statements
4 that formed the basis for the violation of law in *InterMune* and *Harkonen* are the same as those that
5 inflicted the harm in *Jarrett.* Further, Plaintiff Jarrett names the Defendants in the criminal matters,
6 InterMune, Inc. and Harkonen, in her complaint.

7 The assignment of *Jarrett* to the judge who handled *InterMune* and is handling *Harkonen*
8 would conserve judicial resources and promote efficient determination of conflicts, claims of
9 privilege and discovery. Moreover, where civil and criminal cases involve the same conduct, the
10 need for a single judge to supervise all proceedings is heightened, since there may be requests for
11 stays based on the existence of a criminal action, refusals to comply with discovery requests based on
12 Fifth Amendment privileges and other requests arising from prosecutorial activity. A single judge is
13 in the best position to resolve these claims and potential conflicts.

14 It appears likely that there will be an unduly burdensome duplication of labor and expense or
15 the possibility of conflicting results if the cases are conducted before different judges. Accordingly,
16 plaintiffs respectfully request that the Court consider whether *Jarrett* should be related to *InterMune*
17 and *Harkonen.*

18 Dated: May 8, 2008

HAGENS BERMAN SOBOL SHAPIRO, LLP

By: _____
REED R. KATHREIN

715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com

Steve Berman
HAGENS BERMAN SOBOL SHAPIRO, LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

Facsimile: (206) 623-0594
steve@hbsslaw.com

Thomas M. Sobol
David S. Nalven
HAGENS BERMAN SOBOL SHAPIRO LLP
One Main Street, Fourth Floor
Cambridge, MA 02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003
tom@hbsslaw.com
davidn@hbsslaw.com

Lance A. Harke
HARKE & CLASBY LLP
155 South Miami Avenue, Suite 600
Miami, FL 33130
Telephone: (305) 536-8220

Douglass A. Kreis
AYLSTOCK, WITKIN, KREIS
    & OVERHOLTZ, PLLC
603 North Palafox Street
Pensacola, FL 32501
Telephone: (850) 916-7450

Attorneys for Plaintiffs