1  REED R. KATHREIN (139304)
   HAGENS BERMAN SOBOL SHAPIRO LLP
2  715 Hearst Avenue, Suite 202
   Berkeley, CA 94710
3  Telephone: (510) 725-3000
   Facsimile: (510) 725-3001
4  reed@hbsslaw.com

5  LANCE A. HARKE
   HARKE & CLASBY LLP
6  155 South Miami Avenue, Suite 600
   Miami, FL 33130
7  Telephone: (305) 536-8220
   Facsimile: (305) 536-8229
8  lharke@harkeclasby.com

9  Attorneys for Plaintiffs

10

11
                    UNITED STATES DISTRICT COURT
12
                   NORTHERN DISTRICT OF CALIFORNIA
13
                        SAN FRANCISCO DIVISION
14

15  DEBORAH JANE JARRETT, NANCY        )   No. 08-cv-02376 EMC
    ISENHOWER, AND JEFFREY H. FRANKEL, )
                                        )   APPLICATION OF LANCE A. HARKE
16                           Plaintiffs,)   FOR ADMISSION OF ATTORNEY
                                        )   *PRO HAC VICE*
17         v.                           )
                                        )
18  INTERMUNE INC., W. SCOTT HARKONEN   )
    AND GENENTECH, INC.,                )
19                                      )
                             Defendants.)   Action Filed: May 8, 2008
20  _____)

21

22

23

24

25

26

27

28

1   Pursuant to Civil L.R. 11-3, LANCE A. HARKE, an active member in good standing of the
2   bar of Florida, hereby applies for admission to practice in the Northern District of California on a
3   *pro hac vice* basis representing Plaintiffs Deborah Jane Jarrett, Nancy Isenhower and Jeffrey H.
4   Frankel in the above-entitled action. In support of this application, I certify on oath that:
5       1.   I am an active member in good standing of a United States Court or of the highest
6   court of another State or the District of Columbia, as indicated above;
7       2.   I agree to abide by the Standards of Professional Conduct set forth in Civil Local
8   Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar
9   with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,
10      3.   An attorney who is a member of the bar of this Court in good standing and who
11  maintains an office within the State of California has been designated as co-counsel in the above-
12  entitled action. The name, address and telephone number of that attorney is:

> Reed R. Kathrein (139304)
> HAGENS BERMAN SOBOL SHAPIRO LLP
> 715 Hearst Avenue, Suite 202
> Berkeley, CA 94710
> Telephone: (510) 725-3000
> Facsimile: (510) 725-3001

17  I declare under penalty of perjury that the foregoing is true and correct. Executed this 13 day of
18  May 2008, at Miami, Florida.

Dated: May 13, 2008

_____
LANCE A. HARKE

APPLICATION OF LANCE A. HARKE FOR ADMISSION OF
ATTORNEY *PRO HAC VICE* – NO. 08-02376 EMC

- 1 -