1  REED R. KATHREIN (139304)
   HAGENS BERMAN SOBOL SHAPIRO LLP
2  715 Hearst Avenue, Suite 202
   Berkeley, CA 94710
3  Telephone: (510) 725-3000
   Facsimile: (510) 725-3001
4  reed@hbsslaw.com

5  DAVID S. NALVEN
   HAGENS BERMAN SOBOL SHAPIRO LLP
6  One Main Street, 4th Floor
   Cambridge, MA 02142
7  Telephone: (617) 482-3700
   Facsimile: (617) 482-3003
8  davidn@hbsslaw.com

9  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| DEBORAH JANE JARRETT, NANCY ISENHOWER, AND JEFFREY H. FRANKEL, | ) ) ) | No. 08-cv-02376 EMC |
|---|---|---|
| Plaintiffs, | ) ) ) | APPLICATION OF DAVID S. NALVEN FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| v. | ) ) | |
| INTERMUNE INC., W. SCOTT HARKONEN AND GENENTECH, INC., | ) ) ) ) | |
| Defendants. | ) ) | Action Filed: May 8, 2008 |

1  Pursuant to Civil L.R. 11-3, DAVID S. NALVEN, an active member in good standing of
2  the bars of Massachusetts and New York, hereby applies for admission to practice in the Northern
3  District of California on a *pro hac vice* basis representing Plaintiffs Deborah Jane Jarrett, Nancy
4  Isenhower and Jeffrey H. Frankel in the above-entitled action. In support of this application, I
5  certify on oath that:

6     1.    I am an active member in good standing of a United States Court or of the highest
7  court of another State or the District of Columbia, as indicated above;

8     2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local
9  Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar
10 with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

11    3.    An attorney who is a member of the bar of this Court in good standing and who
12 maintains an office within the State of California has been designated as co-counsel in the above-
13 entitled action. The name, address and telephone number of that attorney is:

> Reed R. Kathrein (139304)
> HAGENS BERMAN SOBOL SHAPIRO LLP
> 715 Hearst Avenue, Suite 202
> Berkeley, CA 94710
> Telephone: (510) 725-3000
> Facsimile: (510) 725-3001

18 I declare under penalty of perjury that the foregoing is true and correct. Executed this ____ day of
19 May 2008, at Cambridge, Massachusetts.

22 Dated: 5/12/08       /s/ DSN
                                                                DAVID S. NALVEN