1   REED R. KATHREIN (139304)
    HAGENS BERMAN SOBOL SHAPIRO LLP
2   715 Hearst Avenue, Suite 202
    Berkeley, CA 94710
3   Telephone: (510) 725-3000
    Facsimile: (510) 725-3001
4   reed@hbsslaw.com

5   THOMAS S. SOBOL
    HAGENS BERMAN SOBOL SHAPIRO LLP
6   One Main Street, 4th Floor
    Cambridge, MA 02142
7   Telephone: (617) 482-3700
    Facsimile: (617) 482-3003
8   davidn@hbsslaw.com

9   Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH JANE JARRETT, NANCY ISENHOWER, AND JEFFREY H. FRANKEL, <br><br> Plaintiffs, <br><br> v. <br><br> INTERMUNE INC., W. SCOTT HARKONEN AND GENENTECH, INC., <br><br> Defendants. | No. 08-cv-02376 EMC <br><br> APPLICATION OF THOMAS S. SOBOL FOR ADMISSION OF ATTORNEY *PRO HAC VICE* <br><br><br> Action Filed: May 8, 2008 |

010059-11 238940 V1

1     Pursuant to Civil L.R. 11-3, THOMAS S. SOBOL, an active member in good standing of the bar of Massachusetts, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Plaintiffs Deborah Jane Jarrett, Nancy Isenhower and Jeffrey H. Frankel in the above-entitled action. In support of this application, I certify on oath that:

    1.     I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

    2.     I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

    3.     An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Reed R. Kathrein (139304)
> HAGENS BERMAN SOBOL SHAPIRO LLP
> 715 Hearst Avenue, Suite 202
> Berkeley, CA 94710
> Telephone: (510) 725-3000
> Facsimile: (510) 725-3001

I declare under penalty of perjury that the foregoing is true and correct. Executed this 12 day of May 2008, at Cambridge, Massachusetts.

Dated: May 12, 2008

_____
THOMAS S. SOBOL

APPLICATION OF THOMAS S. SOBOL FOR ADMISSION OF   - 1 -
ATTORNEY *PRO HAC VICE* – NO. 08-02376 EMC
010059-11 238940 V1