1  REED R. KATHREIN (139304)
   HAGENS BERMAN SOBOL SHAPIRO LLP
2  715 Hearst Avenue, Suite 202
   Berkeley, CA 94710
3  Telephone: (510) 725-3000
   Facsimile: (510) 725-3001
4  reed@hbsslaw.com

5  STEVE W. BERMAN
   HAGENS BERMAN SOBOL SHAPIRO LLP
6  1301 Fifth Avenue, Suite 2900
   Seattle, WA 98101
7  Telephone: (206) 623-7292
   Facsimile: (206) 623-0594
8  steve@hbsslaw.com

9  Attorneys for Plaintiffs

10

11
                        UNITED STATES DISTRICT COURT
12
                       NORTHERN DISTRICT OF CALIFORNIA
13
                            SAN FRANCISCO DIVISION
14

15 | DEBORAH JANE JARRETT, NANCY          )  No. 08-cv-02376 EMC
   | ISENHOWER, AND JEFFREY H. FRANKEL,   )
                                          )  APPLICATION OF STEVE W.
16 |                       Plaintiffs,    )  BERMAN FOR ADMISSION OF
                                          )  ATTORNEY *PRO HAC VICE*
17 |       v.                             )
                                          )
18 | INTERMUNE INC., W. SCOTT HARKONEN    )
   | AND GENENTECH, INC.,                 )
19 |                                      )
   |                       Defendants.    )  Action Filed: May 8, 2008
20 | _____)

21

22

23

24

25

26

27

28

010059-11 238978 V1

Pursuant to Civil L.R. 11-3, STEVE W. BERMAN, an active member in good standing of the bar of Washington, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Plaintiffs Deborah Jane Jarrett, Nancy Isenhower and Jeffrey H. Frankel in the above-entitled action. In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Reed R. Kathrein (139304)
> HAGENS BERMAN SOBOL SHAPIRO LLP
> 715 Hearst Avenue, Suite 202
> Berkeley, CA 94710
> Telephone: (510) 725-3000
> Facsimile: (510) 725-3001

I declare under penalty of perjury that the foregoing is true and correct. Executed this 12th day of May 2008, at Seattle, Washington.

Dated: 5/12/08

_____
STEVE W. BERMAN

APPLICATION OF STEVE W. BERMAN FOR ADMISSION OF   - 1 -
ATTORNEY *PRO HAC VICE* – NO. 08-02376 EMC
010059-11 238978 V1