KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP
MARCUS S. TOPEL (SBN 54702)
mtopel@kasowitz.com
WILLIAM M. GOODMAN (SBN 61305)
wgoodman@kasowitz.com
101 California Street, Suite 2050
San Francisco, California 94111
Telephone: (415) 421-6140
Facsimile: (415) 398-5030

Attorneys for
**W. SCOTT HARKONEN**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> INTERMUNE, INC., <br><br> Defendant. <br><br> AND RELATED CASES. | Case No. 06-cr-00707 MHP <br> Case No. 08-cr-00164 MHP <br> Case No. 08-cv-02376 EMC <br><br> **HARKONEN'S STATEMENT OF NONOPPOSITION TO ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

## STATEMENT OF NONOPPOSITION

W. Scott Harkonen, a defendant in Case No. 08-cr-00164 MHP and Case No. 08-cv-02376 EMC, by and through his counsel, submits this Statement of Nonopposition to the Administrative Motion to Consider Whether Cases Should be Related, which was filed by Jarrett, Isenhower, and Frankel (the "Civil Plaintiffs") in Case No. 08-cv-02376 EMC and Case No. 08-cr-0707 MHP on May 9, 2008.

Harkonen hereby joins in the Civil Plaintiffs' request to consider the cases related and to transfer the later-filed case, Case NO. 08-cv-02376, to Judge Marilyn Hall Patel, who is the

///

---

1
STATEMENT OF NONOPPOSITION; CASE NOS. 08-cr-0707 MHP, 08-cr-00164 MHP, 08-cv-02376 EMC

1 | judge assigned to the earlier filed cases.

2

3 | DATED: May 20, 2008                    **KASOWITZ BENSON TORRES & FRIEDMAN LLP**

By: /s/ William M. Goodman
WILLIAM M. GOODMAN

Attorneys for Defendant W. Scott Harkonen