1  BORIS FELDMAN (State Bar No. 128838)
   (boris.feldman@wsgsr.com)
2  IGNACIO E. SALCEDA (State Bar No. 164017
   (isalceda@wsgr.com)
3  KATHERINE L. HENDERSON (State Bar No. 242676)
   (khenderson@wsgr.com)
4  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
5  650 Page Mill Road
   Palo Alto, CA 94304-1050
6  Telephone:  (650) 493-9300
   Facsimile:   (650) 565-5100
7
   Attorneys for Defendant
8  Genentech, Inc.

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

12 DEBORAH JANE JARRETT, NANCY          )   CASE NO.:  C08-02376 EMC
   ISENHOWER, AND JEFFREY H. FRANKEL,   )
13                                      )   NOTICE OF APPEARANCE
                 Plaintiffs,            )   OF COUNSEL FOR DEFENDANT
14                                      )   GENENTECH, INC.
         v.                             )
15                                      )
   INTERMUNE, INC., W. SCOTT HARKONEN   )
16 AND GENENTECH, INC.,                 )
                                        )
17               Defendants.            )
                                        )
18 _____  )

19

20

21

22

23

24

25

26

27

28

NOTICE OF APPEARANCE                                              3359733_1.DOC
CASE NO. C08-02376 EMC

1  TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that Boris Feldman, Ignacio E. Salceda and Katherine L.

3  Henderson hereby enter their appearance as counsel of record for defendant Genentech, Inc.

4  Copies of all pleadings, papers and notices should be served as follows:

5  Boris Feldman
   Ignacio E. Salceda
6  Wilson Sonsini Goodrich & Rosati
   650 Page Mill Road
7  Palo Alto, CA  94304-1050
   Telephone: 650.493.9300
8  Facsimile:  650.565.5100

9  Katherine L. Henderson
   Wilson Sonsini Goodrich & Rosati
10 One Market Street, Spear Tower
   Suite 3300
11 San Francisco, CA  94105
   Telephone:  415.947.2000
12 Facsimile:  415.947.2099

13

14 Dated:  May 21, 2008                    WILSON SONSINI GOODRICH & ROSATI
                                           Professional Corporation
15

16
                                           By: /s/   Ignacio E. Salceda
17                                                   Ignacio E. Salceda

18
                                           Attorneys for Defendant
19                                         Genentech, Inc.

20

21

22

23

24

25

26

27

28

NOTICE OF APPEARANCE                       -1-                                  3359733_1.DOC
CASE NO. C08-02376 EMC