AO 440 (Rev. 03/08) Civil Summons                                                         E-filing

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| Deborah Jane Jarrett, et al., ) | |
| Plaintiff ) | |
| v. ) | Civil Action No. |
| Intermune, Inc., et al., ) | |
| Defendant ) | C08-02376 |

ADR
EMC

**Summons in a Civil Action**

To:   See Attachment A
      *(Defendant's name)*

A lawsuit has been filed against you.

   Within **20** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Reed R. Kathrein
Hagens Berman Sobol Shapiro LLP
715 Hearst Ave., Suite 202
Berkeley, CA 94710; (510) 725-3000

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MAY - 8 2008

Date: _____

Richard W. Wieking
Name of clerk of court

_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

    (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____.

Date: _____

                                                      Server's signature

                                                      Printed name and title

                                                       Server's address

Attachment A for Summons

Defendants:

1. Intermune, Inc.
2. W. Scott Harkonen
3. Genentech, Inc.

| | | |
|---|---|---|
| Attorney Or Party Without Attorney (Name and Address): REED A. KATHREIN, ESQ. (133034)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Ave., Suite 202<br>Berkeley, California 94710 | Telephone: (510) 725-3034 | FOR COURT USE ONLY |
| Attorneys for: PLAINTIFFS | Ref. No. Or File No.: W2496434 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff: DEBORAH JANE JARRETT, et al.

Defendant: INTERMUNE, INC., et al.

| PROOF OF SERVICE | Date: | Time: | Dept/Div: | Case Number: C08-02376 EMC |
|---|---|---|---|---|

I, Daniel Newcomb, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL CASE COVER SHEET; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; [BLANK] CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; [BLANK] DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; WELCOME TO THE UNITED STATES DISTRICT COURT SAN FRANCISCO; ECF REGISTRATION INFORMATION HANDOUT; ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED IN NORTHERN DISTRICT COURT CASE NO. 08-CA-02376 EMC

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant : GENENTECH, INC.

By Serving : MARY DRUMMOND, Authorized Agent of THE CORPORATION SERVICE COMPANY, Agent for Service of Process

Address : 2711 Centerville Road, Suite 400, Wilmington, Delaware 19808

Date & Time : Monday, May 12, 2008 @ 3:00 p.m.

Witness fees were : Not applicable.

Person serving:
Daniel Newcomb
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
  (1) Employee or independent contractor
  (2) Registration No.:
  (3) County:
  (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 14, 2008

Signature: _Daniel Newcomb_


Printed on recycled paper

| Attorney Or Party Without Attorney (Name and Address): | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| REED A. KATHREIN, ESQ. (133034)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Ave., Suite 202<br>Berkeley, California 94710 | (510) 725-3034 | |
| Attorneys for: PLAINTIFFS | Ref. No. Or File No.<br>W2496433 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
DEBORAH JANE JARRETT, et al.

Defendant:
INTERMUNE, INC., et al.

| PROOF OF SERVICE | Date: | Time: | Dept/Div: | Case Number:<br>C08-02376 EMC |
|---|---|---|---|---|

I, Daniel Newcomb, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL CASE COVER SHEET; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; [BLANK] CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; [BLANK] DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; WELCOME TO THE UNITED STATES DISTRICT COURT SAN FRANCISCO; ECF REGISTRATION INFORMATION HANDOUT; ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED IN NORTHERN DISTRICT COURT CASE NO. 08-CA-02376 EMC

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant           : INTERMUNE, INC.

By Serving          : MARY DRUMMOND, Authorized Agent of THE CORPORATION SERVICE COMPANY, Agent for Service of Process
Address             : 2711 Centerville Road, Suite 400, Wilmington, Delaware 19808
Date & Time         : Monday, May 12, 2008 @ 3:00 p.m.
Witness fees were   : Not applicable.

Person serving:
Daniel Newcomb
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.:
   (3) County:
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 14, 2008                              Signature: 
                                                            Daniel Newcomb

Printed on recycled paper

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| REED A. KATHREIN, ESQ. (133034)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Ave., Suite 202<br>Berkeley, California 94710 | (510) 725-3034 | |
| Attorneys for: PLAINTIFFS | Ref. No. Or File No.<br>W2496437 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
DEBORAH JANE JARRETT, et al.

Defendant:
INTERMUNE, INC., et al.

| PROOF OF SERVICE | Date: | Time: | Dept/Div: | Case Number:<br>C08-02376 EMC |
|---|---|---|---|---|

I, Stephen Sabol, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL CASE COVER SHEET; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; [BLANK] CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; [BLANK] DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; WELCOME TO THE UNITED STATES DISTRICT COURT SAN FRANCISCO; ECF REGISTRATION INFORMATION HANDOUT; ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED IN NORTHERN DISTRICT COURT CASE NO. 08-CA-02376 EMC

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant : W. SCOTT HARKONEN

By Serving : W. SCOTT HARKONEN

Address : 125 Montalvo Avenue, San Francisco, California 94116
Date & Time : Monday, May 12, 2008 @ 6:57 a.m.
Witness fees were : Not applicable.

Person serving:
Stephen Sabol
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 382
   (3) County: San Francisco
   (4) Expires: 1/9/2009

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 12, 2008              Signature: _____
                                           Stephen Sabol

