1 | REED R. KATHREIN (139304)
  | HAGENS BERMAN SOBOL SHAPIRO LLP
2 | 715 Hearst Avenue, Suite 202
  | Berkeley, CA 94710
3 | Telephone: (510) 725-3000
  | Facsimile: (510) 725-3001
4 | reed@hbsslaw.com

5 | LANCE A. HARKE
  | HARKE & CLASBY LLP
6 | 155 South Miami Avenue, Suite 600
  | Miami, FL 33130
7 | Telephone: (305) 536-8220
  | Facsimile: (305) 536-8229
8 | lharke@harkeclasby.com

9 | Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

DEBORAH JANE JARRETT, NANCY ISENHOWER, AND JEFFREY H. FRANKEL, )
Plaintiffs, )
v. )
INTERMUNE INC., W. SCOTT HARKONEN AND GENENTECH, INC., )
Defendants. )

No. 08-cv-02376 MHP

[PROPOSED] ORDER GRANTING LANCE A. HARKE'S APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

010059-11 239152 V1

LANCE A. HARKE, an active member in good standing of the bar of the State of Florida, whose business address and telephone number is:

HARKE & CLASBY LLP<br>
155 South Miami Avenue, Suite 600<br>
Miami, FL 33130<br>
Telephone: (305) 536-8220

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs Deborah Jane Jarrett, Nancy Isenhower and Jeffrey H. Frankel.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____

_____
MARILYN H. PATEL
UNITED STATES MAGISTRATE JUDGE

# Mailing Information for a Case 3:08-cv-02376-MHP

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Steve W. Berman**
  steve@hbsslaw.com,robert@hbsslaw.com,heatherw@hbsslaw.com

- **William M. Goodman**
  wgoodman@kasowitz.com

- **Lance A Harke**
  lharke@harkeclasby.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Douglass A. Kreis**
  dkreis@aws-law.com,ablankenship@aws-law.com,jwitkin@aws-law.com,rbaggett@aws-law.com

- **David S. Nalven**
  davidn@hbsslaw.com,debrag@hbsslaw.com,heatherc@hbsslaw.com,jessicao@hbsslaw.com

- **Ignacio Evaristo Salceda**
  isalceda@wsgr.com,rlustan@wsgr.com

- **Thomas M. Sobol**
  tom@hbsslaw.com,heatherc@hbsslaw.com,allisonl@hbsslaw.com,jessicao@hbsslaw.com

## Manual Notice List

The following is the list of attorneys who are **not**
on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)