1  KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP
   MARCUS S. TOPEL (SBN 54702)
2  mtopel@kasowitz.com
   WILLIAM M. GOODMAN (SBN 61305)
3  wgoodman@kasowitz.com
4  101 California Street, Suite 2050
   San Francisco, California 94111
5  Telephone: (415) 421-6140
   Facsimile: (415) 398-5030
6
7  Attorneys for Defendant
   **W. SCOTT HARKONEN**

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12
                                          )
13  DEBORAH JANE JARRETT,                  )   Case No. 08-cv-02376 MHP
                                          )
14        Plaintiff,                       )   **STIPULATION EXTENDING TIME TO**
                                          )   **RESPOND TO COMPLAINT AND**
15        v.                               )   ~~[PROPOSED]~~ **ORDER**
                                          )
16  INTERMUNE, INC., et al.,               )
                                          )
17        Defendants.                      )
    _____)

18

19        Plaintiff DEBORAH JANE JARRETT, and Defendant W. SCOTT HARKONEN by and

20  through their respective counsel, hereby stipulate that the time in which Defendant Harkonen

21  shall have to respond to the Complaint filed herein shall be, and hereby is, extended to and

22  including June 30, 2008.

23  DATED: May 22, 2008          **HAGENS BERMAN SOBOL SHAPIRO LLP**

24

25                              By: /s/ Jeff Friedman__
                                    JEFF FRIEDMAN

26                              Attorneys for Plaintiff Deborah Jane Jarrett

27

28

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 CALIFORNIA STREET
SUITE 2050
SAN FRANCISCO, CALIFORNIA 94111

1    DATED: May 22, 2008              **KASOWITZ BENSON TORRES & FRIEDMAN LLP**

2

3                                     By: /s/ William M. Goodman
                                          WILLIAM M. GOODMAN

4                                     Attorneys for Defendant W. Scott Harkonen

5

6        I hereby attest that I have on file all holograph signatures for any signatures indicated by

7    a "conformed" signature (/S/) within this efiled document.

8    DATED: May 22, 2008              **KASOWITZ BENSON TORRES & FRIEDMAN LLP**

9

10                                    By: /s/ William M. Goodman
                                          WILLIAM M. GOODMAN

11                                    Attorneys for Defendant W. Scott Harkonen

12

13                                    ~~[PROPOSED]~~ **ORDER**

14        PURSUANT TO STIPULATION, IT IS SO ORDERED

15

16

17   DATED:  May 23, 2008             _____

18                                    Judge Ma

19                                    IT IS SO ORDERED

20                                    Judge Marilyn H. Patel

21

22

23

24

25

26

27

28

                                            2
                        STIPULATION AND PROPOSED ORDER; 08-cv-02376 MHP