1   REED R. KATHREIN (139304)
    HAGENS BERMAN SOBOL SHAPIRO LLP
2   715 Hearst Avenue, Suite 202
    Berkeley, CA 94710
3   Telephone: (510) 725-3000
    Facsimile: (510) 725-3001
4   reed@hbsslaw.com

5   LANCE A. HARKE
    HARKE & CLASBY LLP
6   155 South Miami Avenue, Suite 600
    Miami, FL 33130
7   Telephone: (305) 536-8220
    Facsimile: (305) 536-8229
8   lharke@harkeclasby.com

9   Attorneys for Plaintiffs

10

11                     UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                       SAN FRANCISCO DIVISION

14

15  DEBORAH JANE JARRETT, NANCY          )    No. 08-cv-02376 MHP
    ISENHOWER, AND JEFFREY H. FRANKEL,   )
                                         )    [PROPOSED] ORDER GRANTING
16                          Plaintiffs,  )    LANCE A. HARKE'S APPLICATION
                                         )    FOR ADMISSION OF ATTORNEY
17        v.                             )    *PRO HAC VICE*
                                         )
18  INTERMUNE INC., W. SCOTT HARKONEN    )
    AND GENENTECH, INC.,                 )
19                                       )
                            Defendants.  )
20  _____     )

21

22

23

24

25

26

27

28

010059-11 239152 V1

1      LANCE A. HARKE, an active member in good standing of the bar of the State of Florida,

2    whose business address and telephone number is:

3                          HARKE & CLASBY LLP
                  155 South Miami Avenue, Suite 600

4                          Miami, FL 33130
                  Telephone: (305) 536-8220

5

6    having applied in the above-entitled action for admission to practice in the Northern District of

7    California on a *pro hac vice* basis, representing Plaintiffs Deborah Jane Jarrett, Nancy Isenhower

8    and Jeffrey H. Frankel.

9      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

10    conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance *pro hac*

11    *vice*.  Service of papers upon and communication with co-counsel designated in the application will

12    constitute notice to the party.  All future filings in this action are subject to the requirements

13    contained in General Order No. 45, *Electronic Case Filing*.

14

15      Dated:  _5/27/2008_____

16                       MAR_____

17                       UNIT_____ JUDGE

IT IS SO ORDERED

Judge Marilyn H. Patel

18

19

20

21

22

23

24

25

26

27

28

# Mailing Information for a Case 3:08-cv-02376-MHP

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Steve W. Berman**
  steve@hbsslaw.com,robert@hbsslaw.com,heatherw@hbsslaw.com

- **William M. Goodman**
  wgoodman@kasowitz.com

- **Lance A Harke**
  lharke@harkeclasby.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Douglass A. Kreis**
  dkreis@aws-law.com,ablankenship@aws-law.com,jwitkin@aws-law.com,rbaggett@aws-law.com

- **David S. Nalven**
  davidn@hbsslaw.com,debrag@hbsslaw.com,heatherc@hbsslaw.com,jessicao@hbsslaw.com

- **Ignacio Evaristo Salceda**
  isalceda@wsgr.com,rlustan@wsgr.com

- **Thomas M. Sobol**
  tom@hbsslaw.com,heatherc@hbsslaw.com,allisonl@hbsslaw.com,jessicao@hbsslaw.com

## Manual Notice List

The following is the list of attorneys who are **not**
on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use
your mouse to select and copy this list into your word processing program in order to create notices or labels for
these recipients.

- (No manual recipients)