1  REED R. KATHREIN (139304)
   HAGENS BERMAN SOBOL SHAPIRO LLP
2  715 Hearst Avenue, Suite 202
   Berkeley, CA 94710
3  Telephone: (510) 725-3000
   Facsimile: (510) 725-3001
4  reed@hbsslaw.com

5  THOMAS S. SOBOL
   HAGENS BERMAN SOBOL SHAPIRO LLP
6  One Main Street, 4th Floor
   Cambridge, MA 02142
7  Telephone: (617) 482-3700
   Facsimile: (617) 482-3003
8  davidn@hbsslaw.com

9  Attorneys for Plaintiffs

10

11
                          UNITED STATES DISTRICT COURT
12
                         NORTHERN DISTRICT OF CALIFORNIA
13
                              SAN FRANCISCO DIVISION
14

15 DEBORAH JANE JARRETT, NANCY          )   No. 08-cv-02376 MHP
   ISENHOWER, AND JEFFREY H. FRANKEL,   )
                                        )   [PROPOSED] ORDER GRANTING
16                          Plaintiffs, )   THOMAS S. SOBOL APPLICATION
                                        )   FOR ADMISSION OF ATTORNEY
17       v.                             )   *PRO HAC VICE*
                                        )
18 INTERMUNE INC., W. SCOTT HARKONEN    )
   AND GENENTECH, INC.,                 )
19                                      )
                            Defendants. )
20 _____)

21

22

23

24

25

26

27

28

-

010059-11 238939 V1

1  THOMAS S. SOBOL, an active member in good standing of the bar of the States of

2  Massachusetts, whose business address and telephone number is:

HAGENS BERMAN SOBOL SHAPIRO LLP
One Main Street, 4th Floor
Cambridge, MA 02142
Telephone: (617) 482-3700

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs Deborah Jane Jarrett, Nancy Isenhower and Jeffrey H. Frankel.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicated appearance *pro hac vice*.  Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party.  All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: __5/27/2008_____

_____
MARILYN H. PATEL
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
Judge Marilyn H. Patel

[PROP.] ORD. GRANTING THOMAS S. SOBOL APPL.            - 1 -
ADMISSION ATTY. *PRO HAC VICE* -  NO. 08-02376 MHP
010059-11  238939 V1

# Mailing Information for a Case 3:08-cv-02376-MHP

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Steve W. Berman**
  steve@hbsslaw.com,robert@hbsslaw.com,heatherw@hbsslaw.com

- **William M. Goodman**
  wgoodman@kasowitz.com

- **Lance A Harke**
  lharke@harkeclasby.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Douglass A. Kreis**
  dkreis@aws-law.com,ablankenship@aws-law.com,jwitkin@aws-law.com,rbaggett@aws-law.com

- **David S. Nalven**
  davidn@hbsslaw.com,debrag@hbsslaw.com,heatherc@hbsslaw.com,jessicao@hbsslaw.com

- **Ignacio Evaristo Salceda**
  isalceda@wsgr.com,rlustan@wsgr.com

- **Thomas M. Sobol**
  tom@hbsslaw.com,heatherc@hbsslaw.com,allisonl@hbsslaw.com,jessicao@hbsslaw.com

## Manual Notice List

The following is the list of attorneys who are **not**
on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)