1 | REED R. KATHREIN (139304)
  | HAGENS BERMAN SOBOL SHAPIRO LLP
2 | 715 Hearst Avenue, Suite 202
  | Berkeley, CA 94710
3 | Telephone: (510) 725-3000
  | Facsimile: (510) 725-3001
4 | reed@hbsslaw.com

5 | STEVE W. BERMAN
  | HAGENS BERMAN SOBOL SHAPIRO LLP
6 | 1301 Fifth Avenue, Suite 2900
  | Seattle, WA 98101
7 | Telephone: (206) 623-7292
  | Facsimile: (206) 623-0594
8 | steve@hbsslaw.com

9 | Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| DEBORAH JANE JARRETT, NANCY ISENHOWER, AND JEFFREY H. FRANKEL, | ) ) ) | No. 08-cv-02376 MHP |
|---|---|---|
| Plaintiffs, | ) ) ) | [PROPOSED] ORDER GRANTING STEVE W. BERMAN'S APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| v. | ) ) | |
| INTERMUNE INC., W. SCOTT HARKONEN AND GENENTECH, INC., | ) ) ) | |
| Defendants. | ) ) | |

010059-11  238980 V1

1    STEVE W. BERMAN, an active member in good standing of the bar of the State of

2  Washington, whose business address and telephone number is:

HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA, 98101
Telephone: (206) 623-7292

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs Deborah Jane Jarrett, Nancy Isenhower and Jeffrey H. Frankel.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 5/27/2008

IT IS SO ORDERED
Judge Marilyn H. Patel

MARILYN H. PATEL
UNITED STATES DISTRICT JUDGE

[PROP.] ORD. GRANTING STEVE W. BERMAN APPL.    - 1 -
ADMISSION ATTY. *PRO HAC VICE* - NO. 08-02376 MHP
010059-11  238980 V1

# Mailing Information for a Case 3:08-cv-02376-MHP

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Steve W. Berman**
  steve@hbsslaw.com,robert@hbsslaw.com,heatherw@hbsslaw.com

- **William M. Goodman**
  wgoodman@kasowitz.com

- **Lance A Harke**
  lharke@harkeclasby.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Douglass A. Kreis**
  dkreis@aws-law.com,ablankenship@aws-law.com,jwitkin@aws-law.com,rbaggett@aws-law.com

- **David S. Nalven**
  davidn@hbsslaw.com,debrag@hbsslaw.com,heatherc@hbsslaw.com,jessicao@hbsslaw.com

- **Ignacio Evaristo Salceda**
  isalceda@wsgr.com,rlustan@wsgr.com

- **Thomas M. Sobol**
  tom@hbsslaw.com,heatherc@hbsslaw.com,allisonl@hbsslaw.com,jessicao@hbsslaw.com

## Manual Notice List

The following is the list of attorneys who are **not**
on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)