BORIS FELDMAN (State Bar No. 128838)
(boris.feldman@wsgsr.com)
IGNACIO E. SALCEDA (State Bar No. 164017
(isalceda@wsgr.com)
KATHERINE L. HENDERSON (State Bar No. 242676)
(khenderson@wsgr.com)
STEPHANIE MCMAHON (State Bar No. 247720)
(smcmahon@wsgr.com)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100

Attorneys for Defendant
Genentech, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH JANE JARRETT, NANCY ISENHOWER, AND JEFFREY H. FRANKEL, <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br>INTERMUNE, INC., W. SCOTT HARKONEN AND GENENTECH, INC., <br><br>　　　　Defendants. | CASE NO.:  C-08-02376 MHP <br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS INTERMUNE, INC. AND GENENTECH, INC. TO RESPOND TO COMPLAINT** |

STIP. AND [PROPOSED] ORDER EXTENDING
TIME FOR DEFS. INTERMUNE AND
GENENTECH TO RESPOND TO COMPLAINT
CASE NO. C08-02376 MHP

3369064_1.DOC

1  Plaintiffs and Defendants Intermune, Inc. and Genentech, Inc. by and through their
2 respective counsel, hereby stipulate that the time in which Defendants InterMune, Inc. and
3 Genentech, Inc. shall have to respond to the Complaint filed herein shall be, and hereby is,
4 extended to and including June 30, 2008.

6  Dated: May 28, 2008             HAGENS BERMAN SOBOL SHAPIRO LLP

   By: /s/    Jeff D. Friedman
              Jeff D. Friedman

   Attorneys for Plaintiffs

11  Dated: May 28, 2008            COVINGTON & BURLING LLP

    By: /s/   Simon J. Frankel
              Simon J. Frankel

    Attorneys for Defendant InterMune, Inc.

16  Dated: May 28, 2008            WILSON SONSINI GOODRICH & ROSATI
                                   Professional Corporation

    By: /s/   Ignacio E. Salceda
              Ignacio E. Salceda

    Attorneys for Defendant Genentech, Inc.

### [PROPOSED] ORDER

23  Pursuant to the parties' stipulation, IT IS SO ORDERED.

25  Dated: May   , 2008
                                   Hon. Marilyn Hall Patel
                                   United States District Court Judge

STIP. AND [PROPOSED] ORDER EXTENDING         -2-                          3369064_1.DOC
TIME FOR DEFS. INTERMUNE AND
GENENTECH TO RESPOND TO COMPLAINT
CASE NO. C08-02376 MHP

## ATTESTATION

I, Ignacio E. Salceda, am the ECF user whose identification and password are being used to file the Stipulation And [Proposed] Order Extending Time For Defendants InterMune, Inc. And Genentech, Inc To Respond To Complaint. In compliance with General Order 45.X.B, I hereby attest that Simon J. Frankel and Jeff D. Friedman have concurred in this filing.

Dated: May 28, 2008

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/   Ignacio E. Salceda
         Ignacio E. Salceda

Attorneys for Defendant Genentech, Inc.