1  BORIS FELDMAN (State Bar No. 128838)
   (boris.feldman@wsgsr.com)
2  IGNACIO E. SALCEDA (State Bar No. 164017
   (isalceda@wsgr.com)
3  KATHERINE L. HENDERSON (State Bar No. 242676)
   (khenderson@wsgr.com)
4  STEPHANIE MCMAHON (State Bar No. 247720)
   (smcmahon@wsgr.com)
5  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
6  650 Page Mill Road
   Palo Alto, CA 94304-1050
7  Telephone: (650) 493-9300
   Facsimile:  (650) 565-5100
8
   Attorneys for Defendant
9  Genentech, Inc.

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12

13 DEBORAH JANE JARRETT, NANCY       )   CASE NO.:  C-08-02376 MHP
   ISENHOWER, AND JEFFREY H. FRANKEL, )
14                                    )   **STIPULATION AND [PROPOSED]**
            Plaintiffs,               )   **ORDER EXTENDING TIME FOR**
15                                    )   **DEFENDANTS INTERMUNE, INC.**
       v.                             )   **AND GENENTECH, INC. TO**
16                                    )   **RESPOND TO COMPLAINT**
   INTERMUNE, INC., W. SCOTT HARKONEN )
17 AND GENENTECH, INC.,               )
                                      )
18          Defendants.               )
                                      )
19 _____   )

STIP. AND [PROPOSED] ORDER EXTENDING
TIME FOR DEFS. INTERMUNE AND
GENENTECH TO RESPOND TO COMPLAINT
CASE NO. C08-02376 MHP

3369064_1.DOC

1  Plaintiffs and Defendants Intermune, Inc. and Genentech, Inc. by and through their
2 respective counsel, hereby stipulate that the time in which Defendants InterMune, Inc. and
3 Genentech, Inc. shall have to respond to the Complaint filed herein shall be, and hereby is,
4 extended to and including June 30, 2008.

5

6 Dated: May 28, 2008                           HAGENS BERMAN SOBOL SHAPIRO LLP

7
                                                By: /s/    Jeff D. Friedman
8                                                          Jeff D. Friedman

9                                               Attorneys for Plaintiffs

10

11 Dated: May 28, 2008                          COVINGTON & BURLING LLP

12
                                                By: /s/   Simon J. Frankel
13                                                        Simon J. Frankel

14                                              Attorneys for Defendant InterMune, Inc.

15

16 Dated: May 28, 2008                          WILSON SONSINI GOODRICH & ROSATI
                                                Professional Corporation
17

18                                              By: /s/   Ignacio E. Salceda
                                                          Ignacio E. Salceda
19
                                                Attorneys for Defendant Genentech, Inc.
20

21
                              **[PROPOSED] ORDER**
22

23  Pursuant to the parties' stipulation, IT IS SO ORDERED.

24

25 Dated: May 29, 2008                          _____
                                                Hon. Marilyn H. Patel
26                                              United States District Judge

27

28

STIP. AND [PROPOSED] ORDER EXTENDING   -2-
TIME FOR DEFS. INTERMUNE AND
GENENTECH TO RESPOND TO COMPLAINT
CASE NO. C08-02376 MHP

3369064_1.DOC

*[Court seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: IT IS SO ORDERED — signature — Judge Marilyn H. Patel]*

## ATTESTATION

I, Ignacio E. Salceda, am the ECF user whose identification and password are being used to file the Stipulation And [Proposed] Order Extending Time For Defendants InterMune, Inc. And Genentech, Inc To Respond To Complaint. In compliance with General Order 45.X.B, I hereby attest that Simon J. Frankel and Jeff D. Friedman have concurred in this filing.

Dated: May 28, 2008

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/   Ignacio E. Salceda
        Ignacio E. Salceda

Attorneys for Defendant Genentech, Inc.

STIP. AND [PROPOSED] ORDER EXTENDING TIME FOR DEFS. INTERMUNE AND GENENTECH TO RESPOND TO COMPLAINT
CASE NO. C08-02376 MHP

-3-

3369064_1.DOC