1  SIMON J. FRANKEL (State Bar No. 171552)
   E-Mail: sfrankel@cov.com
2  ERIN C. SMITH (State Bar No. 234852)
   E-Mail: esmith@cov.com
3  COVINGTON & BURLING LLP
   One Front Street, 35th Floor
4  San Francisco, California 94111
   Telephone:  (415) 591-6000
5  Facsimile:   (415) 591-6091

6  Attorneys for Defendant INTERMUNE, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH JANE JARRETT, NANCY ISENHOWER, AND JEFFREY H. FRANKEL,<br><br>Plaintiffs,<br><br>v.<br><br>INTERMUNE, INC., W. SCOTT HARKONEN, AND GENENTECH, INC.,<br><br>Defendants. | Civil Case No.: C-08-02376 MHP<br><br>**NOTICE OF APPEARANCE**<br><br>Dept: 15<br><br>Judge:  Honorable Marilyn Hall Patel |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE of the appearance of Simon Frankel and Erin C. Smith of the law firm Covington & Burling LLP as counsel of record for defendant INTERMUNE.

DATED:  June 9, 2008                    COVINGTON & BURLING LLP

                                        By:     /s/
                                                Erin C. Smith

                                        Attorneys for Defendant InterMune, Inc.

NOTICE OF APPEARANCE
Civil Case No.: C-08-02376 MHP