**FILED**
JUN 13 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

Northern District of California

DEBORAH JANE JARRETT, NANCY ISENHOWER, AND JEFFREY H. FRANKEL

Plaintiff(s),

v.

INTERMUNE, INC., W. SCOTT HARKONEN AND GENENTECH, INC.,

Defendant(s).

CASE NO. C-08-02376 MHP

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

ETHAN M. POSNER, an active member in good standing of the bar of THE DISTRICT OF COLUMBIA whose business address and telephone number (particular court to which applicant is admitted) is

COVINGTON & BURLING LLP, 1201 Pennsylvania Avenue, NW, Washington, DC 20004-2401; Tel: 202.662.6000

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing INTERMUNE, INC.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 6/11/08

Hon. Marilyn Hall Patel
United States Magistrate Judge