SIMON J. FRANKEL (State Bar No. 171552)
E-Mail: sfrankel@cov.com
ERIN C. SMITH (State Bar No. 234852)
E-Mail: esmith@cov.com
COVINGTON & BURLING LLP
One Front Street, 35th Floor
San Francisco, California 94111
Telephone: (415) 591-6000
Facsimile: (415) 591-6091

Attorneys for Defendant INTERMUNE, INC.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH JANE JARRETT, NANCY ISENHOWER, AND JEFFREY H. FRANKEL,<br><br>Plaintiffs,<br><br>v.<br><br>INTERMUNE, INC., W. SCOTT HARKONEN, AND GENENTECH, INC.,<br><br>Defendants. | Civil Case No.: C-08-02376 MHP<br><br>**STIPULATION AND [Proposed] ORDER EXTENDING TIME FOR DEFENDANTS INTERMUNE, INC., W. SCOTT HARKONEN, AND GENENTECH, INC. TO RESPOND TO COMPLAINT; DECLARATION OF SIMON J. FRANKEL IN SUPPORT THEREOF**<br><br>Judge: Honorable Marilyn Hall Patel<br><br>Courtroom: 15 |

1         Plaintiffs and Defendants InterMune, Inc., Genentech, Inc., and W. Scott
2 Harkonen, by and through their respective counsel, hereby stipulate as follows:
3         WHEREAS, the Complaint in this action was filed on May 8, 2008;
4         WHEREAS, on May 29, 2008, this Court signed an Order extending the time for
5 Defendants InterMune, Inc. and Genentech, Inc. to respond to the Complaint until June 30,
6 2008;
7         WHEREAS, Defendants InterMune, Inc. and Genentech, Inc. intend to file a
8 motion to dismiss the Complaint in its entirety;
9         WHEREAS, the Standing Order of this Court states that "[m]otions to dismiss
10 shall not be filed before the initial Case Management Conference except by leave of court"; and
11         WHEREAS, the initial Case Management Conference is currently scheduled for
12 August 11, 2008;
13         NOW, THEREFORE, Plaintiffs and all Defendants hereby stipulate that the time
14 for Defendants InterMune, Inc., W. Scott Harkonen, and Genentech, Inc. to respond to the
15 Complaint shall be extended to and including August 25, 2008.
16         The requested extension of time would not affect any other currently scheduled
17 events in this case, whether by operation of Federal Rules of Civil Procedure 16 or 26 or
18 otherwise.
19         //
20         //

28 STIPULATION AND [Proposed] ORDER EXTENDING TIME FOR DEFENDANTS INTERMUNE, INC., W. SCOTT HARKONEN, AND GENENTECH, INC. TO RESPOND TO COMPLAINT; DECLARATION OF SIMON J. FRANKEL IN SUPPORT THEREOF
Civil Case No.: C-08-02376 MHP

Respectfully submitted,

DATED: June 11, 2008    HAGENS BERMAN SOBOL SHAPIRO LLP

By:    /s/
       Thomas M. Sobol

       Attorneys for Plaintiffs

DATED: June 11, 2008    COVINGTON & BURLING LLP

By:    /s/
       Simon J. Frankel

       Attorneys for Defendant InterMune, Inc.

DATED: June 11, 2008    WILSON SONSINI GOODRICH & ROSATI

By:    /s/
       Ignacio E. Salceda

       Attorneys for Defendant Genentech, Inc.

DATED: June 11, 2008    KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

By:    /s/
       William M. Goodman

       Attorneys for Defendant W. Scott Harkonen

[~~Proposed~~] ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated: June 13, 2008

Hon. Marilyn H. Patel
United States District Judge

*IT IS SO ORDERED — Judge Marilyn H. Patel* (seal: United States District Court, Northern District of California)

STIPULATION AND [Proposed] ORDER EXTENDING TIME FOR DEFENDANTS INTERMUNE, INC., W. SCOTT HARKONEN, AND GENENTECH, INC. TO RESPOND TO COMPLAINT; DECLARATION OF SIMON J. FRANKEL IN SUPPORT THEREOF
Civil Case No.: C-08-02376 MHP

3

<u>ATTESTATION</u>

I, Simon J. Frankel, am the ECF user whose User ID and Password are being used to file the STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS INTERMUNE, INC., W. SCOTT HARKONEN, AND GENENTECH, INC. TO RESPOND TO COMPLAINT.  In compliance with General Order 45.X.B, I hereby attest that concurrence in the filing of this document has been obtained from signatories Thomas M. Sobol, Ignacio E. Salceda, and William M. Goodman.

DATED:  June 11, 2008                                COVINGTON & BURLING LLP

                                                                 By:      /s/
                                                                          Simon J. Frankel

STIPULATION AND [Proposed] ORDER EXTENDING TIME FOR DEFENDANTS INTERMUNE, INC., W. SCOTT HARKONEN, AND GENENTECH, INC. TO RESPOND TO COMPLAINT; DECLARATION OF SIMON J. FRANKEL IN SUPPORT THEREOF
Civil Case No.: C-08-02376 MHP

4

# DECLARATION

I, Simon J. Frankel, declare:

1. I am a partner in the law firm of Covington & Burling LLP, counsel of record for Defendant InterMune, Inc. in this action. I am licensed to practice law in the State of California. The matters set forth herein are true and correct of my own personal knowledge and, if called as a witness, I could and would testify competently thereto.

2. The Complaint in this action was filed on May 8, 2008.

3. On May 29, 2008, this Court signed an Order extending the time for Defendants InterMune, Inc. and Genentech, Inc. to respond to the Complaint until June 30, 2008.

4. Defendants InterMune, Inc. and Genentech, Inc. intend to file a motion to dismiss the Complaint in its entirety.

5. The Standing Order of this Court states that "[m]otions to dismiss shall not be filed before the initial Case Management Conference except by leave of court."

6. The initial Case Management Conference is currently scheduled for August 11, 2008.

7. Insofar as I am aware, the requested extension of time would not affect any other currently scheduled events in this case, whether by operation of Federal Rules of Civil Procedure 16 or 26 or otherwise.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and corrected.

Executed this 11 day of June 2008 at San Francisco, California.

By:     /s/
        Simon J. Frankel

STIPULATION AND [Proposed] ORDER EXTENDING TIME FOR DEFENDANTS INTERMUNE, INC., W. SCOTT HARKONEN, AND GENENTECH, INC. TO RESPOND TO COMPLAINT; DECLARATION OF SIMON J. FRANKEL IN SUPPORT THEREOF
Civil Case No.: C-08-02376 MHP

5