| Clerk's Use Only |
|---|
| Initial for fee pd.: |

ETHAN M. POSNER (State Bar No. 116654)
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401; Tel: 202.662.6000



FILED
08 JUN -9 PM 3:55

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEBORAH JANE JARRETT, NANCY
ISENHOWER, AND JEFFREY H.
FRANKEL

        Plaintiff(s),

        v.

INTERMUNE, INC., W. SCOTT
HARKONEN AND GENENTECH, INC.,

        Defendant(s).

CASE NO. C-08-02376 MHP

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil L.R. 11-3, ETHAN M. POSNER, an active member in good standing of the bar of THE DISTRICT OF COLUMBIA, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing INTERMUNE, INC. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
ERIN C. SMITH, COVINGTON & BURLING LLP, One Front Street, 35th Floor, San Francisco, CA 94111; 415.591.7078

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 6/6/08

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611020071
Cashier ID: bucklem
Transaction Date: 06/09/2008
Payer Name: nattion legal
-----------------------------------
PRO HAC VICE
 For: ethan m posner
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:      $210.00
-----------------------------------
CHECK
 Check/Money Order Num: 18019
 Amt Tendered:  $210.00
-----------------------------------
Total Due:      $210.00
Total Tendered: $210.00
Change Amt:     $0.00

c08-2376mhp


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```