BORIS FELDMAN (State Bar No. 128838)
(boris.feldman@wsgsr.com)
IGNACIO E. SALCEDA (State Bar No. 164017)
(isalceda@wsgr.com)
KATHERINE L. HENDERSON (State Bar No. 242676)
(khenderson@wsgr.com)
STEPHANIE McMAHON (State Bar No. 247220)
(smcmahon@wsgr.com)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA  94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100

Attorneys for Defendant
Genentech, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH JANE JARRETT, NANCY ISENHOWER, AND JEFFREY H. FRANKEL,<br><br>    Plaintiffs,<br><br>    v.<br><br>INTERMUNE, INC., W. SCOTT HARKONEN, AND GENENTECH, INC.,<br><br>    Defendants. | CASE NO.:  C08-02376 MHP<br><br>**REQUEST FOR AN ORDER PERMITTING SUBSTITUTION OF COUNSEL FOR DEFENDANT GENENTECH, INC.** |

10149.004.912869v1

Case No. : C08-02376 MHP

**REQUEST FOR AN ORDER PERMITTING SUBSTITUTION OF COUNSEL FOR DEFENDANT GENENTECH, INC.**

Pursuant to Civil Local Rule 11-5, Defendant Genentech, Inc. ("Genentech") requests an order permitting its counsel of record, the law firm of Wilson Sonsini Goodrich & Rosati ("WSGR") to withdraw as counsel in the above-captioned matter, and substituting the law firm of Coblentz, Patch, Duffy & Bass LLP as counsel of record for Genentech.

Genentech consents to this substitution of counsel.  Genentech respectfully requests that the Court make all necessary changes to the Court's records and ECF system and direct all future communications in this case to Coblentz, Patch, Duffy & Bass LLP as follows:

> Jeffrey G. Knowles
> Coblentz, Patch, Duffy & Bass LLP
> One Ferry Building, Suite 200
> San Francisco, CA  94111-4213
> 415-772-5795 (phone)
> 415-989-1663 (fax)
> jgk@coblentzlaw.com

Dated:  July 14, 2008         WILSON SONSINI GOODRICH & ROSATI
                              Professional Corporation


                              By:    /s/  Ignacio E. Salceda
                                     Ignacio E. Salceda


                              Attorneys for Defendant Genentech, Inc.


Dated:  July 14, 2008         COBLENTZ, PATCH, DUFFY & BASS LLP


                              By:    /s/  Jeffrey G. Knowles
                                     Jeffrey G. Knowles

10149.004.912869v1                                            Case No. : C08-02376 MHP

**REQUEST FOR AN ORDER PERMITTING SUBSTITUTION OF COUNSEL FOR DEFENDANT GENENTECH, INC.**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

IT IS HEREBY SO ORDERED that Wilson Sonsini Goodrich & Rosati is relieved as counsel of record for Defendant Genentech, Inc. and that Jeffrey G. Knowles of Coblentz, Patch, Duffy & Bass LLP is substituted as counsel of record for Genentech, Inc.

Dated:

                                        The Honorable Marilyn Patel
                                    UNITED STATES DISTRICT JUDGE

10149.004.912869v1

Case No. : C08-02376 MHP

**REQUEST FOR AN ORDER PERMITTING SUBSTITUTION OF COUNSEL FOR DEFENDANT GENENTECH, INC.**

**SIGNATURE ATTESTATION**

Pursuant to General Order 45, Section X.B. regarding signatures, I attest that concurrence in the filing of this document has been obtained from Jeffrey G. Knowles.

Dated:  July 14, 2008                             WILSON SONSINI GOODRICH & ROSATI
                                                                    Professional Corporation


                                                                    By:    /s/ Ignacio E. Salceda
                                                                          Ignacio E. Salceda
                                                                    Attorneys for Defendant GENENTECH, INC.

10149.004.912869v1                                                                              Case No. : C08-02376 MHP

**REQUEST FOR AN ORDER PERMITTING SUBSTITUTION OF COUNSEL FOR DEFENDANT GENENTECH, INC.**