JEFFREY G. KNOWLES (State Bar No. 129754)
CONOR P. MOORE (State Bar No. 230079)
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email: ef-jgk@cpdb.com
Email: ef-cpm@cpdb.com

Attorneys for Defendant
GENENTECH, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH JANE JARRETT, NANCY ISENHOWER, AND JEFFREY H. FRANKEL, on behalf of themselves and others similarly situated,<br><br>    Plaintiffs,<br><br>   v.<br><br>INTERMUNE, INC., W. SCOTT HARKONEN, AND GENENTECH, INC.,<br><br>    Defendants. | Case No. C08-02376 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**<br><br>Trial Date: Not Set |

Plaintiffs and Defendants, by and through their respective counsel, hereby stipulate as follows:

WHEREAS, the Complaint in this action was filed on May 8, 2008;

WHEREAS, on June 30, 2008 Plaintiffs moved to relate to this case a civil action currently pending before the Hon. Vaughn R. Walker of this Court, *Linda K. Rybkoski v. InterMune, Inc., et al.*, Case No. CV-08-2916 ("*Rybkoski*");

WHEREAS, a case management conference in this action is currently scheduled for August 11, 2008;

WHEREAS, certain counsel have scheduling conflicts on that date;

**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE & EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**

1    WHEREAS, counsel for all parties have agreed to accommodate those scheduling conflicts

2  by agreeing to request that the case management conference be rescheduled to September 15,

3  2008;

4    WHEREAS, the existing deadline for responding to the complaint is August 25, 2008;

5    WHEREAS, Defendant Genentech, Inc. intends to file a motion to dismiss the Complaint

6  in its entirety, and that motion must follow the case management conference;

7    WHEREAS, Plaintiff in the *Rybkoski* action and Defendants have agreed to request that the

8  Court in *Rybkoski* extend the time in which Defendants shall have to respond to the Complaint in

9  *Rybkoski* to September 22, 2008.

10    NOW, THEREFORE, Plaintiffs and Defendants hereby stipulate and request that the case

11  management conference currently scheduled for August 11, 2008 be continued until September

12  15, 2008;

13    FURTHERMORE, Plaintiffs and Defendants hereby stipulate and request that the time in

14  which Defendants shall have to respond to the Complaint filed herein be extended to, and

15  including, September 22, 2008.

16

17  DATED: July 18, 2008                    COBLENTZ, PATCH, DUFFY & BASS LLP

18

19                                          By: /s/ Jeffrey G. Knowles
20                                              Jeffrey G. Knowles
                                                Attorneys for Defendant GENENTECH, INC.
21

22  DATED: July 18, 2008                    HAGENS BERMAN SOBOL SHAPIRO, LLP

23

24                                          By: /s/ Thomas M. Sobol
                                                Thomas M. Sobol
25                                              Attorneys for Plaintiffs DEBORAH JANE
                                                JARRETT, NANCY ISENHOWER, AND
26                                              JEFFREY H. FRANKEL

27

28

**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE & EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**

1   DATED: July 18, 2008                 KASOWITZ, BENSON, TORRES &
                                          FRIEDMAN LLP
2

3                                         By: /s/ William M. Goodman
                                               William M. Goodman
4                                              Attorneys for Defendant W. SCOTT
                                               HARKONEN
5

6
     DATED: July 18, 2008                 COVINGTON & BURLING, LLP
7

8                                         By: /s/ Simon J. Frankel
                                               Simon J. Frankel
9                                              Attorneys for Defendant INTERMUNE, INC.
10

11

12                              **[Proposed] ORDER**

13        Pursuant to the parties' stipulation, IT IS SO ORDERED.

14

15   DATED:

16                                        _____

17                                        Hon. Marilyn H. Patel
                                          United States District Court
18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE &
EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**

ATTESTATION

I, Jeffrey G. Knowles, am the ECF user whose identification and password are being used to file the Stipulation and [Proposed] Order Extending Time for Defendant Genentech, Inc. to Respond to Complaint.  In compliance with General Order 45.X.B, I hereby attest that Thomas Sobol, William Goodman and Simon Frankel have concurred in this filing.


DATED: July 18, 2008


                            COBLENTZ, PATCH, DUFFY & BASS LLP


                            By: /s/  Jeffrey G. Knowles
                                Jeffrey G. Knowles
                                Attorneys for Defendant GENENTECH, INC.

**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE &
EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**