1  JEFFREY G. KNOWLES (State Bar No. 129754)
   CONOR P. MOORE (State Bar No. 230079)
2  COBLENTZ, PATCH, DUFFY & BASS LLP
   One Ferry Building, Suite 200
3  San Francisco, California  94111-4213
   Telephone:  415.391.4800
4  Facsimile:  415.989.1663
   Email:   ef-jgk@cpdb.com
5  Email:  ef-cpm@cpdb.com

6  Attorneys for Defendant
   GENENTECH, INC.

7

8              UNITED STATES DISTRICT COURT

9      NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

10

11  DEBORAH JANE JARRETT, NANCY          Case No. CV-08-02376 MHP
    ISENHOWER, AND JEFFREY H.
12  FRANKEL,
                                         GENENTECH, INC.'S CORPORATE
13          Plaintiffs,                  DISCLOSURE STATEMENT (FED. R.
                                         CIV. P. 7.1) AND CERTIFICATION OF
14       v.                              INTERESTED ENTITIES OR
                                         PERSONS (Civ. L.R. 3-16)
15  INTERMUNE, INC., W. SCOTT
    HARKONEN AND GENENTECH, INC.,
16                                       Trial Date:      None
         Defendants.
17

18

19

20

21

22

23

24

25

26

27

28

COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200, San Francisco, California 94111-4213
415.391.4800 · Fax 415.989.1663

GENENTECH, INC.'S CORPORATE DISCLOSURE STATEMENT (FED. R. CIV. P. 7.1) AND
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (Civ. L.R. 3-16)

1    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Genentech,

2 Inc. ("Genentech") states by and through its undersigned counsel that it is a public

3 company whose common stock is publicly traded.  Roche Holdings, Inc. owns more than

4 10% of Genentech stock.   Roche Holdings, Inc. is owned by Roche Holding Ltd.

5    Pursuant to Civil L.R. 3-16, Genentech believes that, as of this date, there are no

6 other persons or entities with either a financial interest in the subject matter in controversy

7 or any other kind of interest that could be substantially affected by the outcome of the

8 proceeding.

9

10   DATED: July 21, 2008                  COBLENTZ, PATCH, DUFFY & BASS LLP

11

12                                         By:   /s/  Jeffrey G. Knowles

13                                               Jeffrey G. Knowles
                                                 Attorneys for Defendant  GENENTECH, INC.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800 · FAX 415.989.1663

07671.002.917883v1

Case No. CV-08-02376 MHP

**GENENTECH, INC.'S CORPORATE DISCLOSURE STATEMENT (FED. R. CIV. P. 7.1) AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (Civ. L.R. 3-16)**