Clerk's Use Only
Initial for fee pd.:

GEORGE W. HICKS
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005; Tel. 202.434.5000

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

DEBORAH JANE JARRETT,
NANCY ISENHOWER, AND
JEFFREY H. FRANKEL,
    Plaintiff(s),

v.

INTERMUNE, INC., W. SCOTT
HARKONEN AND GENENTECH, INC.,
    Defendant(s).

CASE NO. C-08-02376 MHP

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil L.R. 11-3, GEORGE W. HICKS, an active member in good standing of the bar of THE DISTRICT OF COLUMBIA, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing GENENTECH, INC. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: Jeffrey G. Knowles
Coblentz, Patch, Duffy & Bass LLP
One Ferry Building, Suite 200
San Francisco, CA 94111-4213
Tel. 415.772.5795

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 11, 2008

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Francisco, State of California. My business address is One Ferry Building, Suite 200, San Francisco, California 94111-4213.

On July 16, 2008, I served true copies of the following document(s) described as

**(GEORGE W. HICKS) APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

on the interested parties in this action as follows:

**PLEASE SEE ATTACHED SERVICE LIST.**

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Coblentz, Patch, Duffy & Bass LLP's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 16, 2008, at San Francisco, California.

_____
Cindy Y. Fong

10149.004.914258v1                                1                                Case No. CV-08-2916

**PROOF OF SERVICE**

**SERVICE LIST**
*Jarrett et a. v. InterMune Inc., et al.*
**Case No. CV-08-02376-MHP**

<u>Attorneys for Plaintiffs **DEBORAH JANE JARRETT, NANCY ISENHOWER and JEFFREY H. FRANKEL**</u>

Reed R. Kathrein, Esq.
Hagens Berman Sobol Shapiro LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Tel: (510) 725-3000
Fax: (510) 725-3001
Email: reed@hbsslaw.com

David S. Nalven, Esq.
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA 02142
Tel: 617-482-3700
Fax: 617-482-3003
Email: davidn@hbsslaw.com

Douglass A. Kreis, Esq.
Aylstock, Witkin & Sasser, PLC
603 North Palafo Street
Pensacola, FL 32501
Tel: 850-916-7450
Fax: 850-916-7449
Email: dkreis@aws-law.com

Lance A Harke, Esq.
Harke & Clasby, LLP
155 So. Miami Avenue,
Suite 600
Miami, FL 33131
Tel: 305-536-8220
Fax: 305-536-8229
Email: lharke@harkeclasby.com

Steve W. Berman, Esq.
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue
Suite 2900
Seattle, WA 98101
Tel: 206-623-7292
Fax: 206-623-0594
Email: steve@hbsslaw.com

Thomas M. Sobol, Esq.
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA 02142
Tel: 617-482-3700
Fax: 617-482-3003
Email: tom@hbsslaw.com

Attorneys for Plaintiff **INTERMUNE, INC.**

Simon J. Frankel, Esq.
Erin C. Smith, Esq.
Covington & Burling, LLP
One Front Street
San Francisco, Ca 94111
Tel: 415-591-6000
Fax: 415-591-6091
Email: sfrankel@cov.com
Email: esmith@cov.com

Ethan M. Posner, Esq.
Covington & Burling, LLP
1201 Pennsylvania Avenue, N.W.
Washington, DC 20004
Tel: 202-662-6000

Attorneys for Defendant
**W. SCOTT HARKONEN**

William M. Goodman, Esq.
Kasowitz, Benson, Torres & Friedman LLP
101 California Street, Suite 2050
San Francisco, Ca 94111
Tel: 415-421-6140
Fax: 415-398-5030
Email: wgoodman@kasowitz.com

Attorneys for Defendant
**GENENTECH, INC.**

Katherine Leigh Henderson, Esq.
Ignacio Evaristo Salceda, Esq.
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304
Tel: 650-493-9300
Fax: 650-565-5100
Email: khenderson@wsgr.com
  isalceda@wsgr.com

```
CORRECTED

Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611021375
Cashier ID: almaceh
Transaction Date: 07/16/2008
Payer Name: Specialized Legal Services,

----------------------------------------
PRO HAC VICE
 For: R SCOTT
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:         $210.00
PRO HAC VICE
 For: G HICKS
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:         $210.00
PRO HAC VICE
 For: G ZWEIFACH
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:         $210.00
----------------------------------------
CHECK
 Check/Money Order Num: 214453
 Amt Tendered:   $630.00

Total Due:       $630.00
Total Tendered:  $630.00
Change Amt:      $0.00

C08-2376 MHP


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```