Clerk's Use Only

Initial for fee pd.:

GERSON A. ZWEIFACH
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005; Tel. 202.434.5000

FILED
08 JUL 16 PM 3:55

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEBORAH JANE JARRETT,
NANCY ISENHOWER, AND
JEFFREY H. FRANKEL,
       Plaintiff(s),

v.

INTERMUNE, INC., W. SCOTT
HARKONEN AND GENENTECH, INC.,
       Defendant(s).

CASE NO. C-08-02376 MHP

**APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE***

    Pursuant to Civil L.R. 11-3, GERSON A. ZWEIFACH, an active member in good standing of the bar of THE DISTRICT OF COLUMBIA, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing GENENTECH, INC. in the above-entitled action.

    In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: Jeffrey G. Knowles
Coblentz, Patch, Duffy & Bass LLP
One Ferry Building, Suite 200
San Francisco, CA 94111-4213
Tel. 415.772.5795

    I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 11, 2008


## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Francisco, State of California. My business address is One Ferry Building, Suite 200, San Francisco, California 94111-4213.

On July 16, 2008, I served true copies of the following document(s) described as

**(GERSON A. ZWEIFACH) APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

on the interested parties in this action as follows:

**PLEASE SEE ATTACHED SERVICE LIST.**

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Coblentz, Patch, Duffy & Bass LLP's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 16, 2008, at San Francisco, California.

_____
Cindy Y. Fong

10149.004.914258v1                                    1                                    Case No. CV-08-2916

**PROOF OF SERVICE**

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800 · FAX 415.989.1663

# SERVICE LIST
*Jarrett et a. v. InterMune Inc., et al.*
**Case No. CV-08-02376-MHP**

Attorneys for Plaintiffs <u>**DEBORAH JANE JARRETT, NANCY ISENHOWER** and **JEFFREY H. FRANKEL**</u>

| | |
|---|---|
| Reed R. Kathrein, Esq.<br>Hagens Berman Sobol Shapiro LLP<br>715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710<br>Tel: (510) 725-3000<br>Fax: (510) 725-3001<br>Email: reed@hbsslaw.com | David S. Nalven, Esq.<br>Hagens Berman Sobol Shapiro LLP<br>One Main Street, 4th Floor<br>Cambridge, MA 02142<br>Tel: 617-482-3700<br>Fax: 617-482-3003<br>Email: davidn@hbsslaw.com |
| Douglass A. Kreis, Esq.<br>Aylstock, Witkin & Sasser, PLC<br>603 North Palafo Street<br>Pensacola, FL 32501<br>Tel: 850-916-7450<br>Fax: 850-916-7449<br>Email: dkreis@aws-law.com | Lance A Harke, Esq.<br>Harke & Clasby, LLP<br>155 So. Miami Avenue,<br>Suite 600<br>Miami, FL 33131<br>Tel: 305-536-8220<br>Fax: 305-536-8229<br>Email: lharke@harkeclasby.com |
| Steve W. Berman, Esq.<br>Hagens Berman Sobol Shapiro LLP<br>1301 Fifth Avenue<br>Suite 2900<br>Seattle, WA 98101<br>Tel: 206-623-7292<br>Fax: 206-623-0594<br>Email: steve@hbsslaw.com | Thomas M. Sobol, Esq.<br>Hagens Berman Sobol Shapiro LLP<br>One Main Street, 4th Floor<br>Cambridge, MA 02142<br>Tel: 617-482-3700<br>Fax: 617-482-3003<br>Email: tom@hbsslaw.com |

Attorneys for Plaintiff **INTERMUNE, INC.**

| | |
|---|---|
| Simon J. Frankel, Esq.<br>Erin C. Smith, Esq.<br>Covington & Burling, LLP<br>One Front Street<br>San Francisco, Ca 94111<br>Tel: 415-591-6000<br>Fax: 415-591-6091<br>Email: sfrankel@cov.com<br>Email: esmith@cov.com | Ethan M. Posner, Esq.<br>Covington & Burling, LLP<br>1201 Pennsylvania Avenue, N.W.<br>Washington, DC 20004<br>Tel: 202-662-6000 |

| | |
|---|---|
| Attorneys for Defendant<br>**W. SCOTT HARKONEN**<br><br>William M. Goodman, Esq.<br>Kasowitz, Benson, Torres & Friedman LLP<br>101 California Street, Suite 2050<br>San Francisco, Ca 94111<br>Tel: 415-421-6140<br>Fax: 415-398-5030<br>Email: wgoodman@kasowitz.com | Attorneys for Defendant<br>**GENENTECH, INC.**<br><br>Katherine Leigh Henderson, Esq.<br>Ignacio Evaristo Salceda, Esq.<br>Wilson Sonsini Goodrich & Rosati<br>650 Page Mill Road<br>Palo Alto, CA 94304<br>Tel: 650-493-9300<br>Fax: 650-565-5100<br>Email: khenderson@wsgr.com<br>       isalceda@wsgr.com |

```
CORRECTED

Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611021375
Cashier ID: almaceh
Transaction Date: 07/16/2008
Payer Name: Specialized Legal Services,
------------------------------------
PRO HAC VICE
 For: R SCOTT
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:         $210.00
PRO HAC VICE
 For: G HICKS
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:         $210.00
PRO HAC VICE
 For: G ZWEIFACH
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:         $210.00
------------------------------------
CHECK
 Check/Money Order Num: 314453
 Amt Tendered:  $630.00
------------------------------------
Total Due:      $630.00
Total Tendered: $630.00
Change Amt:     $0.00

C08-2376 MHP


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```