Reset Form

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court

For the Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

DEBORAH JANE JARRETT, NANCY
ISENHOWER, AND JEFFREY H.
FRANKEL,

            Plaintiff(s),

                v.

INTERMUNE, INC., W. SCOTT
HARKONEN, AND GENENTECH, INC.,

_____ Defendant(s). _____ /

**CASE NO.** C-08-02376 MHP

**(Proposed)**
**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY**
*PRO HAC VICE*

GERSON A. ZWEIFACH                       , an active member in good standing of the bar of

THE DISTRICT OF COLUMBIA                 whose business address and telephone number
(particular court to which applicant is admitted)

is WILLIAMS & CONNOLLY LLP
725 TWELFTH STREET, NW
WASHINGTON, DC 20005; TEL 202.434.5000

                                              , having applied in the

above-entitled action for admission to practice in the Northern District of California on a *pro hac*

*vice* basis, representing   GENENTECH, INC.

        IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

*vice* . Service of papers upon and communication with co-counsel designated in the application

will constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing* .

Dated:

                                              United States District      Judge

1 | **PROOF OF SERVICE**

2 | **STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

3 | At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Francisco, State of California. My business address is One Ferry

4 | Building, Suite 200, San Francisco, California 94111-4213.

5 | On July 16, 2008, I served true copies of the following document(s) described as

6 | **(GERSON A. ZWEIFACH) [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

7 | on the interested parties in this action as follows:

8 | **PLEASE SEE ATTACHED SERVICE LIST.**

9 |

10 | **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Coblentz, Patch, Duffy &

11 | Bass LLP's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course

12 | of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

13 | I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

14 |

15 | Executed on July 16, 2008, at San Francisco, California.

16 |

17 | Cindy Y. Fong

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

10149.004.914258v1      2      Case No. CV-08-2916

**PROOF OF SERVICE**

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800 · FAX 415.989.1663

**SERVICE LIST**
*Jarrett et a. v. InterMune Inc., et al.*
**Case No. CV-08-02376-MHP**

<u>Attorneys for Plaintiffs **DEBORAH JANE JARRETT, NANCY ISENHOWER and JEFFREY H. FRANKEL**</u>

Reed R. Kathrein, Esq.
Hagens Berman Sobol Shapiro LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Tel: (510) 725-3000
Fax: (510) 725-3001
Email: reed@hbsslaw.com

David S. Nalven, Esq.
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA 02142
Tel: 617-482-3700
Fax: 617-482-3003
Email: davidn@hbsslaw.com

Douglass A. Kreis, Esq.
Aylstock, Witkin & Sasser, PLC
603 North Palafo Street
Pensacola, FL 32501
Tel: 850-916-7450
Fax: 850-916-7449
Email: dkreis@aws-law.com

Lance A Harke, Esq.
Harke & Clasby, LLP
155 So. Miami Avenue,
Suite 600
Miami, FL 33131
Tel: 305-536-8220
Fax: 305-536-8229
Email: lharke@harkeclasby.com

Steve W. Berman, Esq.
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue
Suite 2900
Seattle, WA 98101
Tel: 206-623-7292
Fax: 206-623-0594
Email: steve@hbsslaw.com

Thomas M. Sobol, Esq.
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA 02142
Tel: 617-482-3700
Fax: 617-482-3003
Email: tom@hbsslaw.com

Attorneys for Plaintiff **INTERMUNE, INC.**

Simon J. Frankel, Esq.
Erin C. Smith, Esq.
Covington & Burling, LLP
One Front Street
San Francisco, Ca 94111
Tel: 415-591-6000
Fax: 415-591-6091
Email: sfrankel@cov.com
Email: esmith@cov.com

Ethan M. Posner, Esq.
Covington & Burling, LLP
1201 Pennsylvania Avenue, N.W.
Washington, DC 20004
Tel: 202-662-6000

Attorneys for Defendant
**W. SCOTT HARKONEN**

Attorneys for Defendant
**GENENTECH, INC.**

William M. Goodman, Esq.
Kasowitz, Benson, Torres & Friedman LLP
101 California Street, Suite 2050
San Francisco, Ca 94111
Tel: 415-421-6140
Fax: 415-398-5030
Email: wgoodman@kasowitz.com

Katherine Leigh Henderson, Esq.
Ignacio Evaristo Salceda, Esq.
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304
Tel: 650-493-9300
Fax: 650-565-5100
Email: khenderson@wsgr.com
        isalceda@wsgr.com