UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEBORAH JANE JARRETT, NANCY ISENHOWER, AND JEFFREY H. FRANKEL,

Plaintiff(s),

v.

INTERMUNE, INC., W. SCOTT HARKONEN, AND GENENTECH, INC.,

Defendant(s).

CASE NO. C-08-02376 MHP

(Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

JESSAMYN S. BERNIKER , an active member in good standing of the bar of THE DISTRICT OF COLUMBIA whose business address and telephone number (particular court to which applicant is admitted) is WILLIAMS & CONNOLLY LLP
725 TWELFTH STREET, NW
WASHINGTON, DC 20005; TEL 202.434.5000
, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing GENENTECH, INC.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice* . Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing* .

Dated:

United States District    Judge

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Francisco, State of California. My business address is One Ferry Building, Suite 200, San Francisco, California 94111-4213.

On July 18, 2008, I served true copies of the following document(s) described as

**(JESSAMYN S. BERNIKER) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

on the interested parties in this action as follows:

**PLEASE SEE ATTACHED SERVICE LIST**

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Coblentz, Patch, Duffy & Bass LLP's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 18, 2008, at San Francisco, California.

_____
Cindy Y. Fong

07671.002.917278v1                          1

## SERVICE LIST
### *Jarrett et a. v. InterMune Inc., et al.*
### Case No. CV-08-02376-MHP

Attorneys for Plaintiffs **DEBORAH JANE JARRETT, NANCY ISENHOWER and JEFFREY H. FRANKEL**

Reed R. Kathrein, Esq.
Hagens Berman Sobol Shapiro LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Tel: (510) 725-3000
Fax: (510) 725-3001
Email: reed@hbsslaw.com
*LEAD ATTORNEY*

David S. Nalven, Esq.
Hagens Berman Sobol Shapiro LLP
One Main Street
4th Floor
Cambridge, MA 02142
Tel: 617-482-3700
Fax: 617-482-3003
Email: davidn@hbsslaw.com

Douglass A. Kreis, Esq.
Aylstock, Witkin & Sasser, PLC
603 North Palafo Street
Pensacola, FL 32501
Tel: 850-916-7450
Fax: 850-916-7449
Email: dkreis@aws-law.com

Lance A Harke, Esq.
Harke & Clasby, LLP
155 So. Miami Avenue,
Suite 600
Miami, FL 33131
Tel: 305-536-8220
Fax: 305-536-8229
Email: lharke@harkeclasby.com

Steve W. Berman, Esq.
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue
Suite 2900
Seattle, WA 98101
Tel: 206-623-7292
Fax: 206-623-0594
Email: steve@hbsslaw.com

Thomas M. Sobol, Esq.
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA 02142
Tel: 617-482-3700
Fax: 617-482-3003
Email: tom@hbsslaw.com

Attorneys for Defendant **INTERMUNE, INC.**

Simon J. Frankel, Esq.
Erin C. Smith, Esq.
Covington & Burling, LLP
One Front Street
San Francisco, Ca 94111
Tel: 415-591-6000
Fax: 415-591-6091
Email: sfrankel@cov.com
Email: esmith@cov.com

Ethan M. Posner, Esq.
Covington & Burling, LLP
1201 Pennsylvania Avenue, N.W.
Washington, DC 20004
Tel: 202-662-6000

Attorneys for Defendant **W. SCOTT HARKONEN**

William M. Goodman, Esq.
Kasowitz, Benson, Torres & Friedman LLP
101 California Street, Suite 2050
San Francisco, Ca 94111
Tel: 415-421-6140
Fax: 415-398-5030
Email: wgoodman@kasowitz.com