UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEBORAH JANE JARRETT, NANCY ISENHOWER, AND JEFFREY H. FRANKEL,

Plaintiff(s),

v.

INTERMUNE, INC., W. SCOTT HARKONEN, AND GENENTECH, INC.,

Defendant(s).

CASE NO. C-08-02376 MHP

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

RICHARD S. SCOTT, an active member in good standing of the bar of THE DISTRICT OF COLUMBIA (particular court to which applicant is admitted) whose business address and telephone number is WILLIAMS & CONNOLLY LLP
725 TWELFTH STREET, NW
WASHINGTON, DC 20005; TEL 202.434.5000
, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing GENENTECH, INC.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 7/22/2008



IT IS SO ORDERED
Judge Marilyn H. Patel

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Francisco, State of California. My business address is One Ferry Building, Suite 200, San Francisco, California 94111-4213.

On July 16, 2008, I served true copies of the following document(s) described as

**(RICHARD S. SCOTT) [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

on the interested parties in this action as follows:

**PLEASE SEE ATTACHED SERVICE LIST.**

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Coblentz, Patch, Duffy & Bass LLP's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 16, 2008, at San Francisco, California.

_____
Cindy Y. Fong

10149.004.914258v1                              2                              Case No. CV-08-2916

PROOF OF SERVICE

**SERVICE LIST**
*Jarrett et a. v. InterMune Inc., et al.*
**Case No. CV-08-02376-MHP**

<u>Attorneys for Plaintiffs</u> **DEBORAH JANE JARRETT, NANCY ISENHOWER and JEFFREY H. FRANKEL**

| | |
|---|---|
| Reed R. Kathrein, Esq.<br>Hagens Berman Sobol Shapiro LLP<br>715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710<br>Tel: (510) 725-3000<br>Fax: (510) 725-3001<br>Email: reed@hbsslaw.com | David S. Nalven, Esq.<br>Hagens Berman Sobol Shapiro LLP<br>One Main Street, 4th Floor<br>Cambridge, MA 02142<br>Tel: 617-482-3700<br>Fax: 617-482-3003<br>Email: davidn@hbsslaw.com |
| Douglass A. Kreis, Esq.<br>Aylstock, Witkin & Sasser, PLC<br>603 North Palafo Street<br>Pensacola, FL 32501<br>Tel: 850-916-7450<br>Fax: 850-916-7449<br>Email: dkreis@aws-law.com | Lance A Harke, Esq.<br>Harke & Clasby, LLP<br>155 So. Miami Avenue,<br>Suite 600<br>Miami, FL 33131<br>Tel: 305-536-8220<br>Fax: 305-536-8229<br>Email: lharke@harkeclasby.com |
| Steve W. Berman, Esq.<br>Hagens Berman Sobol Shapiro LLP<br>1301 Fifth Avenue<br>Suite 2900<br>Seattle, WA 98101<br>Tel: 206-623-7292<br>Fax: 206-623-0594<br>Email: steve@hbsslaw.com | Thomas M. Sobol, Esq.<br>Hagens Berman Sobol Shapiro LLP<br>One Main Street, 4th Floor<br>Cambridge, MA 02142<br>Tel: 617-482-3700<br>Fax: 617-482-3003<br>Email: tom@hbsslaw.com |

Attorneys for Plaintiff **INTERMUNE, INC.**

| | |
|---|---|
| Simon J. Frankel, Esq.<br>Erin C. Smith, Esq.<br>Covington & Burling, LLP<br>One Front Street<br>San Francisco, Ca 94111<br>Tel: 415-591-6000<br>Fax: 415-591-6091<br>Email: sfrankel@cov.com<br>Email: esmith@cov.com | Ethan M. Posner, Esq.<br>Covington & Burling, LLP<br>1201 Pennsylvania Avenue, N.W.<br>Washington, DC 20004<br>Tel: 202-662-6000 |

| | |
|---|---|
| Attorneys for Defendant<br>**W. SCOTT HARKONEN**<br><br>William M. Goodman, Esq.<br>Kasowitz, Benson, Torres & Friedman LLP<br>101 California Street, Suite 2050<br>San Francisco, Ca 94111<br>Tel: 415-421-6140<br>Fax: 415-398-5030<br>Email: wgoodman@kasowitz.com | Attorneys for Defendant<br>**GENENTECH, INC.**<br><br>Katherine Leigh Henderson, Esq.<br>Ignacio Evaristo Salceda, Esq.<br>Wilson Sonsini Goodrich & Rosati<br>650 Page Mill Road<br>Palo Alto, CA 94304<br>Tel: 650-493-9300<br>Fax: 650-565-5100<br>Email: khenderson@wsgr.com<br>            isalceda@wsgr.com |

10149.004.914258v1          1                    Case No. CV-08-2916

**PROOF OF SERVICE**