MARK J. TAMBLYN (State Bar No. 179272)
mjt@wtwlaw.com
WEXLER TORISEVA WALLACE LLP
1610 Arden Way, Suite 290
Sacramento, California 95815
Telephone: (916) 568-1100
Facsimile: (916) 568-7890

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA K. RYBKOSKI, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INTERMUNE, INC., W. SCOTT HARKONEN, AND GENENTECH, INC.,<br><br>Defendants. | No. 3:08-cv-02916-VRW<br><br>[PROPOSED] ORDER RELATING CASES<br><br>Judge Vaughn R. Walker |
| DEBORAH JANE JARRETT, NANCY ISENHOWER, AND JEFFREY H. FRANKEL,<br><br>Plaintiffs,<br><br>v.<br><br>INTERMUNE INC., W. SCOTT HARKONEN AND GENENTECH, INC.,<br><br>Defendants. | THIS DOCUMENT RELATES TO:<br><br>Case No. 3:08-cv-02376-MHP |
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>INTERMUNE, INC.,<br><br>Defendant. | THIS DOCUMENT RELATES TO:<br><br>Case No.: 06-cv-00707-MHP |

Case No. 3:08-cv-02916-VRW
[PROPOSED] ORDER RELATING CASES

| | | |
|---|---|---|
| 1 | UNITED STATES OF AMERICA, | ) |
| 2 | Plaintiffs, | ) THIS DOCUMENT RELATES TO: |
| 3 | v. | ) Case No.: 06-cv-00164-MHP |
| 4 | W. SCOTT HARKONEN, | ) |
| 5 | Defendant. | ) |

On June 30, 2008, Plaintiff Linda Rybkoski filed an Administrative Motion to Consider Whether Cases Should Be Related pursuant to Civil Local Rule 3-12. The time for filing an opposition or statement of support has passed. The Court, having considered the papers and pleadings on file, and good cause appearing,

HEREBY GRANTS Plaintiff's Administrative Motion to Consider Whether Cases Should Be Related.

IT IS ORDERED that the action entitled *Linda K. Rybkoski, et al.,* v. *InterMune, Inc., et al.*, Case No. No. 3:08-cv-02916-VRW is hereby related to the following actions:

*Deborah Jane Jarrett, et al. v. InterMune, Inc.*, et al., Case No. 3:08-cv-02376-MHP;

*United States v. InterMune, Inc.*, Case No. 06-cv-00707-MHP; and

*United States v. Harkonen*, Case No. 08-cv-00 164-MHP.

**IT IS SO ORDERED**.

Dated: July 22, 2008

IT IS SO ORDERED
Judge Marilyn H. Patel

2

Case No. 3:08-cv-02916-VRW
[PROPOSED] ORDER RELATING CASES