```
1  JEFFREY G. KNOWLES (State Bar No. 129754)
   CONOR P. MOORE (State Bar No. 230079)
2  COBLENTZ, PATCH, DUFFY & BASS LLP
   One Ferry Building, Suite 200
3  San Francisco, California 94111-4213
   Telephone: 415.391.4800
4  Facsimile: 415.989.1663
   Email:  ef-jgk@cpdb.com
5  Email:  ef-cpm@cpdb.com

6  Attorneys for Defendant
   GENENTECH, INC.
7
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH JANE JARRETT, NANCY ISENHOWER, AND JEFFREY H. FRANKEL, on behalf of themselves and others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> INTERMUNE, INC., W. SCOTT HARKONEN, AND GENENTECH, INC., <br><br> Defendants. | Case No. C08-02376 MHP <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** <br><br> Trial Date: Not Set |

Plaintiffs and Defendants, by and through their respective counsel, hereby stipulate as follows:

WHEREAS, the Complaint in this action was filed on May 8, 2008;

WHEREAS, on June 30, 2008 Plaintiffs moved to relate to this case a civil action currently pending before the Hon. Vaughn R. Walker of this Court, *Linda K. Rybkoski v. InterMune, Inc., et al.*, Case No. CV-08-2916 ("*Rybkoski*");

WHEREAS, a case management conference in this action is currently scheduled for August 11, 2008;

WHEREAS, certain counsel have scheduling conflicts on that date;

07671.002.916500v1                                                       1                                  Case No. C08-02376 MHP

**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE & EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**

1  WHEREAS, counsel for all parties have agreed to accommodate those scheduling conflicts by agreeing to request that the case management conference be rescheduled to September 15, 2008;

4  WHEREAS, the existing deadline for responding to the complaint is August 25, 2008;

5  WHEREAS, Defendant Genentech, Inc. intends to file a motion to dismiss the Complaint in its entirety, and that motion must follow the case management conference;

7  WHEREAS, Plaintiff in the *Rybkoski* action and Defendants have agreed to request that the Court in *Rybkoski* extend the time in which Defendants shall have to respond to the Complaint in *Rybkoski* to September 22, 2008.

10  NOW, THEREFORE, Plaintiffs and Defendants hereby stipulate and request that the case management conference currently scheduled for August 11, 2008 be continued until September 15, 2008;

13  FURTHERMORE, Plaintiffs and Defendants hereby stipulate and request that the time in which Defendants shall have to respond to the Complaint filed herein be extended to, and including, September 22, 2008.

DATED: July 18, 2008                COBLENTZ, PATCH, DUFFY & BASS LLP

                                    By: /s/ Jeffrey G. Knowles
                                        Jeffrey G. Knowles
                                        Attorneys for Defendant GENENTECH, INC.

DATED: July 18, 2008                HAGENS BERMAN SOBOL SHAPIRO, LLP

                                    By: /s/ Thomas M. Sobol
                                        Thomas M. Sobol
                                        Attorneys for Plaintiffs DEBORAH JANE
                                        JARRETT, NANCY ISENHOWER, AND
                                        JEFFREY H. FRANKEL

07671.002.916500v1                  2                    Case No. C08-02376 MHP

**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE & EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**

DATED: July 18, 2008                     KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

By: /s/ William M. Goodman
    William M. Goodman
    Attorneys for Defendant W. SCOTT HARKONEN

DATED: July 18, 2008                     COVINGTON & BURLING, LLP

By: /s/ Simon J. Frankel
    Simon J. Frankel
    Attorneys for Defendant INTERMUNE, INC.

### [Proposed] ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.

DATED: July 22, 2008

Hon. Marilyn H. Patel
United States District Judge

*IT IS SO ORDERED — Judge Marilyn H. Patel — United States District Court, Northern District of California*

07671.002.916500v1                            3                    Case No. C08-02376 MHP

**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE & EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**

ATTESTATION

I, Jeffrey G. Knowles, am the ECF user whose identification and password are being used to file the Stipulation and [Proposed] Order Extending Time for Defendant Genentech, Inc. to Respond to Complaint. In compliance with General Order 45.X.B, I hereby attest that Thomas Sobol, William Goodman and Simon Frankel have concurred in this filing.

DATED: July 18, 2008

                    COBLENTZ, PATCH, DUFFY & BASS LLP

                    By: /s/ Jeffrey G. Knowles
                        Jeffrey G. Knowles
                        Attorneys for Defendant GENENTECH, INC.

07671.002.916500v1     4     Case No. C08-02376 MHP

**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE & EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**