1  SIMON J. FRANKEL (State Bar No. 171552)
   E-Mail: sfrankel@cov.com
2  ERIN C. SMITH (State Bar No. 234852)
   E-Mail: esmith@cov.com
3  COVINGTON & BURLING LLP
   One Front Street, 35th Floor
4  San Francisco, California 94111
   Telephone:  (415) 591-6000
5  Facsimile:   (415) 591-6091

6  Attorneys for Defendant INTERMUNE, INC.

7

8                    UNITED STATES DISTRICT COURT

9                FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 DEBORAH JANE JARRETT, NANCY          Civil Case No.: C-08-02376 MHP
   ISENHOWER, AND JEFFREY H.
12 FRANKEL,
                                         **DEFENDANT INTERMUNE,
13          Plaintiffs,                  INC.'S CERTIFICATION OF
                                         INTERESTED ENTITIES OR
14     v.                                PERSONS PURSUANT TO LOCAL
                                         RULE 3-16**
15 INTERMUNE, INC., W. SCOTT
   HARKONEN, AND GENENTECH, INC.,
16
            Defendants.
17

18 LINDA K. RYBKOSKI,                   THIS DOCUMENT RELATES TO:

19          Plaintiff,                   Civil Case No.: C-08-02916 MHP

20     v.

21 INTERMUNE, INC., W. SCOTT
   HARKONEN, AND GENENTECH, INC.,
22
            Defendants.
23

1       Pursuant to Local Rule 3-16, Defendant InterMune, Inc. ("InterMune") hereby
2 files its Certification of Interested Entities or Persons.  The undersigned certifies that as of this
3 date, with respect to InterMune, there is no such interest to report.

4
5 DATED:   August 13, 2008               COVINGTON & BURLING LLP

6                                             By:     /s/ Erin C. Smith
7                                                   Erin C. Smith

8                                             Attorneys for Defendant InterMune, Inc.

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DEFENDANT INTERMUNE, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL RULE 3-16
Civil Case No.: C-08-02916 MHP and C-08-02916 MHP    1