1  SIMON J. FRANKEL (State Bar No. 171552)
   E-Mail: sfrankel@cov.com
2  ERIN C. SMITH (State Bar No. 234852)
   E-Mail: esmith@cov.com
3  COVINGTON & BURLING LLP
   One Front Street, 35th Floor
4  San Francisco, California 94111
   Telephone:   (415) 591-6000
5  Facsimile:   (415) 591-6091

6  Attorneys for Defendant INTERMUNE, INC.

7

8
                   UNITED STATES DISTRICT COURT
9
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11 | DEBORAH JANE JARRETT, NANCY ISENHOWER, AND JEFFREY H. FRANKEL, | Civil Case No.: C-08-02376 MHP |
12 | |
13 | Plaintiffs, | **DEFENDANT INTERMUNE, INC.'S DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1** |
14 | v. |
15 | INTERMUNE, INC., W. SCOTT HARKONEN, AND GENENTECH, INC., |
16 | |
17 | Defendants. |

18 | LINDA K. RYBKOSKI, | THIS DOCUMENT RELATES TO: |
19 | Plaintiff, | Civil Case No.: C-08-02916 MHP |
20 | v. |
21 | INTERMUNE, INC., W. SCOTT HARKONEN, AND GENENTECH, INC., |
22 | |
23 | Defendants. |

24

25

26

27

28

1   Pursuant to Federal Rule of Civil Procedure 7.1, Defendant InterMune, Inc.
2   ("InterMune") hereby files its Disclosure Statement.  InterMune states that it does not have a
3   parent corporation and that no publicly held corporation owns ten percent or more of the shares
4   of InterMune's stock.

DATED:   August 13, 2008                     COVINGTON & BURLING LLP

                                             By:     /s/ Erin C. Smith
                                                     Erin C. Smith

                                             Attorneys for Defendant InterMune, Inc.

DEFENDANT INTERMUNE, INC.'S DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1
Civil Case No. C-08-02376 MHP and C-08-02916 MHP

1