KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
William M. Goodman (SBN 61305)
wgoodman@kasowitz.com
101 California Street, Suite 2050
San Francisco, CA 94111
Telephone: (415) 421-6140
Facsimile: (415) 398-5030

Attorneys for Defendant
W. SCOTT HARKONEN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH JANE JARRETT, NANCY ISENHOWER, AND JEFFREY H. FRANKEL, on behalf of themselves and others similarly situated,<br><br>        Plaintiffs,<br><br>     v.<br><br>INTERMUNE, INC., W. SCOTT HARKONEN, AND GENENTECH, INC.,<br><br>        Defendants. | Case No. CV08-02376 MHP<br><br>**DEFENDANT W. SCOTT HARKONEN'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL RULE 3-16** |

Pursuant to Local Rule 3-16, Defendant W. Scott Harkonen ("Harkonen") hereby files its Certification of Interested Entities or Persons. The undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: August 14, 2008       KASOWITZ BENSON TORRES & FRIEDMAN LLP

                By:    /s/ William M. Goodman

                     WILLIAM M. GOODMAN
                     Attorneys for Defendant
                     W. SCOTT HARKONEN