1  Kim E. Miller (CA Bar. No. 178370)
   Kim.Miller@kgscounsel.com
2  Kahn Gauthier Swick, LLC
   12 E. 41st St., 12th Floor
3  New York, NY 10017
   Tel: (212) 696-3730
4  Fax: (212) 455-1498

5  Lewis S. Kahn
   Lewis.Kahn@kgscounsel.com
6  Kahn Gauthier Swick, LLC
   650 Poydras Street, Suite 2150
7  New Orleans, LA 70130
   Tel: (504) 455-1400
8  Fax: (504) 455-1498

9  *Plaintiff's Counsel*
   [Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>GENENTECH, INC., INTERMUNE, INC., AND W. SCOTT HARKONEN,<br><br>Defendants, | No. 08-cv-3797 MMC<br><br>**ADMNISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Judge Maxine M. Chesney |

## TO ALL PARTIES AND TO THEIR COUSEL OF RECORD:

Pursuant to Local Rule 3-12, Plaintiff Zurich American Insurance Company ("Zurich") respectfully submits this administrative motion to consider whether a case filed in this District, *Zurich American Insurance Company. v. Genentech, Inc., et al.,* Case No. 08-cv-03797 (*"Zurich"*) (filed August 8, 2008) should be related to four other cases filed in this District: *United States v. InterMune, Inc.* Case No. 06-cr-00707 MHP (*"InterMune"*), filed October 2, 2006; *United States v. Harkonen,* Case No. 08-cr-00164 MHP (*"Harkonen"*), filed March 18, 2008; *Debra Jane*

**ADMINISTRATIVE MOT. TO CONSIDER WHETHER**          - 1 -
**CASES SHOULD BE RELATED – NO. 08-cv-3797 MMC**

*Jarrett, et al. v. InterMune, Inc., et al.,* Case No. 08-cv-02376 (*"Jarrett"*) filed May 8, 2008; and *Linda K. Rybkoski, et al. v. InterMune, Inc., et al.*, Case No. 08-cv-02916 ("*Rybkoski*"), filed June 11, 2008.  The five actions concern substantially the same parties, transactions and events, and it appears likely that there will be an unduly burdensome duplication of labor and expense or the risk of conflicting results if the cases are adjudicated before different judges.

On October 26, 2006, the United States filed an Information, CR 06-0707 JSW, later changed to CR 06-0707 MHP, charging InterMune, Inc. with one felony count of violation the Food, Drug, and Cosmetic Act (21 U.S.C §§ 331(k) an 333(a)(2)) by promoting its drug ACTIMMUNE for the treatment of idiopathic pulmonary fibrosis ("IPF"), a condition for which it was not approved by the FDA, while the drug was held for sale after shipment in interstate commerce.  InterMune, Inc. entered into a deferred prosecution agreement which was approved by the Court on or about December 4, 2006.

On March 18, 2008, the grand jury indicted W. Scott Harkonen on one count of wire fraud (18 U.S.C. § 1343) and one felony count of violating the Food, Drug, and Cosmetic Act (21 U.S.C. §§ 331(k), 333(a)(2) and 352(a)) related to his role in the creation and dissemination of false and misleading information about the efficacy of ACTIMMUNE as a treatment for IPF.  Harkonen was the former Chief Executive Office and board member of InterMune, Inc., and held those positions during the period of time at issue in the information filed against InterMune, Inc., August 2002 through January 2003.

On April 1, 2008, the Court found that *Harkonen* was related to *InterMune*.

On May 20, 2008, the Court found that *Jarrett*, a civil case, was related to the *Harkonen* and *InterMune* criminal cases.

On July 23, 2008, the Court found that *Rybkoski*, another civil case, was related to *Jarrett* (civil), *Harkonen* (criminal), and *InterMune* (criminal) cases.

**ADMINISTRATIVE MOT. TO CONSIDER WHETHER**  - 2 -
**CASES SHOULD BE RELATED – NO. 08-cr-3797 MMC**

This case should be related to *Rybkoski, Jarrett, Harkonen,* and *InterMune* cases. All five of these cases involve the same underlying conduct and harm: a scheme to defraud by falsely portraying ACTIMMUNE as a medically effective and scientifically proven treatment for IPF. All five cases involve the same product, the same documents, and the same witnesses. In the case of *InterMune* and *Harkonen* the victims of the scheme are governmental health care programs and payers, e.g., Medicare and Medicaid. In the cases of *Jarrett* and *Rybkoski*, the victims are consumers who ingested and paid out of pocket for all or part of the drug. In this case brought by Zurich, the victims are private health care payors such as commercial insurers, employee benefit plans, and not-for-profit health plans. Thus, the acts and statements that formed the basis for the violation of law in *Rybkoski, Jarrett, Harkonen,* and *InterMune* are the same as those that inflicted the harm in this case brought by Plaintiff Zurich. Further, Plaintiff Zurich named in its complaint the same Defendants that are named in the *Rybkoski* and *Jarrett* cases, and the same Defendants that are named in the criminal matters, *Harkonen* and *InterMune*.

In addition, the assignment of this case filed by Plaintiff Zurich to the same judge, the Honorable Marilyn H. Patel, who handled *InterMune* and is handling *Harkonen, Rybkoski,* and *Jarrett* would conserve judicial resources and promote efficient determination of conflicts, claims of privilege and discovery. Morever, where civil and criminal cases involve the same conduct, the need for a single judge to supervise all proceedings is heightened, since there my be requests for stays based on the existence of a criminal action, refusals to comply with discovery requests based on Fifth Amendment privileges and other requests arising from prosecutorial activity. A single judge is in the best position to resolve these claims and potential conflicts.

Prior to filing this motion, counsel for Zurich American Insurance Company contacted the other parties in the *Rybkoski*, *Jarrett*, *Harkonen*, and *InterMune* cases in an attempt to determine whether any of the other parties would consent to or object to the relation of these cases.

1  Defendant W. Scott Harkonen consented to the relation of these cases. Defendant InterMune, Inc. and Plaintiffs Deborah J. Jarrett, Jeffrey H. Frankel and Nancy Isenhower have no objection to the instant motion to relate this case to the *Rybkoski*, *Jarrett*, *Harkonen*, and *InterMune* cases. The United States neither opposes nor supports the instant motion. Defendant Genentech, Inc. has no opposition to the relation of the cases only. And, while attempts were made to contact counsel for Plaintiff Rybkoski, those attempts were unsuccessful. Accordingly, because the United States takes no position as to the instant motion to relate these cases and because counsel for Plaintiff Rybkoski could not be reached, a stipulation as to the relation of these cases could not be submitted.

In sum, it is clear that there will be an unduly burdensome duplication of labor and expense, and/or a real possibility of conflicting results, if the cases are conducted before different judges. Accordingly, Plaintiff respectfully requests that the Court relate this case to the *Rybkoski, Jarrett, InterMune* and *Harkonen* Cases.

Dated:  August 22, 2008

                                                              KAHN GAUTHIER SWICK, LLC

/s/ Kim E. Miller
Kim E. Miller (CA Bar. No. 178370)
Kahn Gauthier Swick, LLC
12 E. 41st St., 12th Floor
New York, NY 10017
Tel:  (212) 696-3730
Fax: (212) 455-1498

Lewis S. Kahn (La. Bar. No. 23805)
Kahn Gauthier Swick, LLC
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Tel:  (504) 455-1400
Fax: (504) 455-1498

**ADMINISTRATIVE MOT. TO CONSIDER WHETHER**         - 4 -
**CASES SHOULD BE RELATED – NO. 08-cr-3797 MMC**

| | |
|---|---|
| 1 | Douglas R. Plymale (La. Bar No. 28409) |
| | dplymale@dugan-lawfirm.com |
| 2 | James R. Dugan, II (La. Bar No. 24785) |
| | jdugan@dugan-lawfirm.com |
| 3 | Justin Bloom |
| | jbloom@gmail.com |
| 4 | Stephen B. Murray, Jr. |
| | smurrayjr@murray-lawfirm.com |
| 5 | Stephen B. Murray, Sr. |
| | smurray@murray-lawfirm.com |
| 6 | MURRAY LAW FIRM |
| | 650 Poydras Street, Suite 2150 |
| 7 | New Orleans, LA 70130 |
| | Telephone: (504) 648-0180 |
| 8 | Facsimile: (504) 648-018 |

Attorneys for Plaintiff and the Class

ADMINISTRATIVE MOT. TO CONSIDER WHETHER     - 5 -
CASES SHOULD BE RELATED – NO. 08-cr-3797 MMC

| | |
|---|---|
| 1 | Kim E. Miller (CA Bar. No. 178370) |
| | Kim.Miller@kgscounsel.com |
| 2 | Kahn Gauthier Swick, LLC |
| | 12 E. 41st St., 12th Floor |
| 3 | New York, NY 10017 |
| | Tel: (212) 696-3730 |
| 4 | Fax: (212) 455-1498 |
| 5 | Lewis S. Kahn |
| | Lewis.Kahn@kgscounsel.com |
| 6 | Kahn Gauthier Swick, LLC |
| | 650 Poydras Street, Suite 2150 |
| 7 | New Orleans, LA 70130 |
| | Tel: (504) 455-1400 |
| 8 | Fax: (504) 455-1498 |
| 9 | *Plaintiff's Counsel* |
| | [Additional Counsel Listed on Signature Page] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, on behalf of itself and others similarly situated, | No. 08-cv-3797 MMC |
| Plaintiff, | **[PROPOSED] ORDER RELATING CASES** |
| v. | Judge Maxine M. Chesney |
| GENENTECH, INC., INTERMUNE, INC., AND W. SCOTT HARKONEN | |
| Defendants, | |
| LINDA K. RYBKOSKI, on behalf of herself and others similarly situated, | THIS DOCUMENT RELATES TO: |
| Plaintiff, | Case No. 3:08-cv-02916-MHP |
| v. | |
| INTERMUNE, INC., W. SCOTT HARKONEN, AND GENENTECH, INC., | |
| Defendants. | |

**PROPOSED ORDER - ADMINISTRATIVE MOT. TO CONSIDER WHETHER CASES SHOULD BE RELATED – NO. 08-cv-3797 MMC**                - 1 -

| | |
|---|---|
| DEBORAH JANE JARRETT, NANCY ISENHOWER, AND JEFFREY H. FRANKEL, on behalf of themselves and others similarly situated,<br><br>                    Plaintiff,<br><br>  v.<br><br>INTERMUNE, INC., W. SCOTT HARKONEN, AND GENENTECH, INC.,<br><br>                    Defendants. | THIS DOCUMENT RELATES TO:<br><br>Case No. 3:08-cv-02376-MHP |
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>  v.<br><br>W. SCOTT HARKONEN,<br><br>                    Defendant. | THIS DOCUMENT RELATES TO:<br><br>Case No. 08-cr-00164-MHP |
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>  v.<br><br>INTERMUNE, INC.,<br><br>                    Defendant. | THIS DOCUMENT RELATES TO:<br><br>Case No. 06-cr-00707-MHP |

BEFORE THE COURT, is Plaintiff Zurich American Insurance Company's Administrative Motion to Consider Whether Cases Should Be Related pursuant to Civil Local Rule 3-12. The cases to which Plaintiff seeks to relate its case are:

    *Linda K. Rybkoski, et al. v. InterMune, Inc., et al.*, Case No. 08-cv-02916 ("*Rybkoski*"), filed June 11, 2008

    *Debra Jane Jarrett, et al. v. InterMune, Inc., et al.,* Case No. 08-cv-02376 (*"Jarrett"*) filed May 8, 2008

    *United States v. Harkonen,* Case No. 08-cr-00164 MHP (*"Harkonen"*), filed March 18, 2008; and

*United States v. InterMune, Inc.* Case No. 06-cr-00707 MHP (*"InterMune"*), filed October 2, 2006.

Based upon a review of the record and the submissions of the parties, the Court finds good cause to relate this case to the *Rybkoski*, *Jarrett*, *Harkonen*, and *InterMune* cases listed above. Accordingly, Plaintiff's Administrative Motion is **GRANTED**.

IT IS ORDERED that the instant action entitled *Zurich American Insurance Company. v. Genentech, Inc., et al.,* Case No. 08-cv-03797, be and hereby is related to the *Rybkoski*, *Jarrett*, *Harkonen*, and *InterMune* cases listed above.

San Francisco, California, this _____ day of _____, 2008

_____
UNITED STATES DISTRICT JUDGE

```
1   Kim E. Miller (CA Bar. No. 178370)
    Kim.Miller@kgscounsel.com
2   Kahn Gauthier Swick, LLC
    12 E. 41st St., 12th Floor
3   New York, NY 10017
    Tel: (212) 696-3730
4   Fax: (212) 455-1498

5   Lewis S. Kahn
    Lewis.Kahn@kgscounsel.com
6   Kahn Gauthier Swick, LLC
    650 Poydras Street, Suite 2150
7   New Orleans, LA 70130
    Tel: (504) 455-1400
8   Fax: (504) 455-1498

9   *Plaintiff's Counsel*
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>GENENTECH, INC., INTERMUNE, INC., AND W. SCOTT HARKONEN<br><br>Defendants, | No. 08-cv-3797 MMC<br><br>**PROOF OF SERVICE**<br><br>Judge Maxine M. Chesney |

I, the undersigned, state that I am a permanent resident of the United States and am employed in the City of New Orleans and the Parish of Orleans; that I am over the age of eighteen (18) years and not a party within the action; that I am a partner in the law firm of Kahn Gauthier Swick, LLC, 650 Poydras Street, Suite 2150, New Orleans, Louisiana 70130; that on the date set out below, I served a true copy of the attached

1. Administrative Motion to Consider Whether Cases Should be Related;

2. Proposed Order Relating Cases; and

3. Proof of Service

PROOF OF SERVICE - ADMINISTRATIVE MOT. TO     - 1 -
CONSIDER WHETHER CASES SHOULD BE RELATED –
NO. 08-cv-3797 MMC

1
2   on the persons listed below by placing true copies of same, postage prepaid, in the United Stats
3   Mail and/or via E-mail, and properly addressed as follows:
4

| |
|---|
| 5  Simon J. Frankel<br>E-mail: sfrankel@cov.com<br>6  Erin C. Smith<br>E-mail: esmith@cov.com<br>7  Covinton & Burling LLP<br>8  One Front Street<br>San Francisco, CA 94111-5356<br>9  Telephone: (415) 591-6000<br>Facsimile: (415) 591-6091<br>10<br>11  Ethan M. Posner<br>E-mail: eposner@cov.com<br>12  Covington & Burling LLP<br>1201 Pennsylvania Ave., NW<br>13  Washington, DC 20004-2401<br>Telephone: (202) 662-6000<br>14  Facsimile: (202) 662-6291<br>15  ***Counsel for InterMune, Inc.*** |
| William M. Goodman<br>16  E-mail: wgoodman@kasowitz.com<br>Marcus Sanders Topel<br>17  E-mail: mtopel@kasowitz.com<br>Kasowitz Benson Torres & Friedman LLP<br>18  101 California Street, Suite 2050<br>19  San Francisco, CA 94111<br>Telephone: (415) 421-6140<br>20  Facsimile: (415) 398-5030<br>***Counsel for Defendant W. Scott Harkonen*** |

21
22
23
24
25
26
27
28

PROOF OF SERVICE - ADMINISTRATIVE MOT. TO         - 2 -
CONSIDER WHETHER CASES SHOULD BE RELATED –
NO. 08-cv-3797 MMC

| | |
|---|---|
| 1 | |
| 2 | Gerson Avery Zweifach<br>E-mail: gzweifach@wc.com |
| 3 | George W. Hicks , Jr.<br>E-mail: ghicks@wc.com |
| 4 | Richard S. Scott<br>E-mail: rscott@wc.com |
| 5 | Jessamyn S. Berniker<br>E-mail: jberniker@wc.com |
| 6 | Williams & Connolly LLP |
| 7 | 725 Twelfth St., NW<br>Washington, DC 20004 |
| 8 | Telephone: (202) 434-5000<br>Facsimile: (202) 434-5029 |
| 9 | |
| 10 | Jeffrey G. Knowles<br>E-mail: JGK@cpdb.com |
| 11 | Coblentz, Patch, Duffy & Bass<br>One Ferry Building , Suite 200 |
| 12 | San Francisco , CA 94111<br>Telephone: (415) 391-4800 |
| 13 | Facsimile: (415) 989-1663 |
| | ***Counsel for Defendant Genentech, Inc.*** |
| 14 | Reed R. Kathrein |
| 15 | E-mail: reed@hbsslaw.com<br>Hagens, Berman, Sobol Shapiro, LLP |
| 16 | 715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710 |
| 17 | Telephone: (510) 725-3000<br>Facsimile: (510) 725-3001 |
| 18 | |
| 19 | Thomas M. Sobol<br>E-mail: tom@hbsslaw.com |
| 20 | David S. Nalven<br>E-mail: davidn@hbsslaw.com |
| 21 | Hagens, Berman, Sobol Shapiro, LLP |
| 22 | One Main Street, 4th Floor<br>Cambridge, MA 02142 |
| 23 | Telephone: (617) 482-3700<br>Facsimile: (617) 482-3003 |
| 24 | |
| 25 | Douglass A. Kreis<br>E-mail: dkreis@aws-law.com |
| 26 | Aylstock, Witkin & Passer, PLC<br>603 N. Palazo Street |
| 27 | Pensacola, FL 32501<br>Telephone: (850) 916-7450 |
| 28 | Facsimile: (850) 916-7449 |

PROOF OF SERVICE - ADMINISTRATIVE MOT. TO           - 3 -
CONSIDER WHETHER CASES SHOULD BE RELATED –
NO. 08-cv-3797 MMC

| | |
|---|---|
| 1 | Lance A. Harke |
| | E-mail: lharke@harkeclasby.com |
| 2 | Harke & Clasby, LLP |
| 3 | 155 S. Miami Avenue, Suite 600 |
| | Miami, FL 33131 |
| 4 | Telephone: (305) 536-8220 |
| | Facsimile: (305) 536-8229 |
| 5 | |
| 6 | Steve W. Berman |
| | E-mail: steve@hbsslaw.com |
| 7 | Hagens, Berman, Sobol Shapiro, LLP |
| | 1301 Fifth Avenue, Suite 2900 |
| 8 | Seattle, WA 98101 |
| | Telephone: (206) 623-7292 |
| 9 | Facsimile: (206) 623-0594 |
| | ***Counsel for Plaintiffs Deborah J. Jarrett, Jeffrey H. Frankel and Nancy Isenhower*** |
| 10 | Mark J. Tamblyn |
| 11 | E-mail: mjt@wtwlaw.com |
| | Wexler Toriseva Wallace, LLP |
| 12 | 1610 Arden Way, Suite 290 |
| | Sacramento, CA 95815 |
| 13 | Telephone: (916) 568-1100 |
| | Facsimile: (916) 568-7890 |
| 14 | |
| 15 | Kenneth A. Wexler |
| | E-mail: kaw@wtwlaw.us |
| 16 | Jennifer Fountain Connolly |
| | E-mail: jfc@wtwlaw.us |
| 17 | Wexler Toriseva Wallace, LLP |
| | 55 W. Monroe Street, Suite 3300 |
| 18 | Chicago, IL 60603 |
| 19 | Telephone: (312) 346-2222 |
| | Facsimile: (312) 346-0088 |
| 20 | ***Counsel for Plaintiff Linda K. Rybkoski*** |

PROOF OF SERVICE - ADMINISTRATIVE MOT. TO          - 4 -
CONSIDER WHETHER CASES SHOULD BE RELATED –
NO. 08-cv-3797 MMC

| | |
|---|---|
| 1 | |
| 2 | Ioana Petrou<br>E-mail: ioana.petrou@usdoj.gov |
| 3 | Jonathan D. Schmidt<br>E-mail: Jonathan.Schmidt@usdoj.gov |
| 4 | U.S. Attorney's Office<br>450 Golden Gate Avenue, 11th Floor |
| 5 | San Francisco, CA 94102<br>Telephone: (415) 436-7189 or 308-7898 |
| 6 | Facsimile: (415) 436-7234 |
| 7 | |
| 8 | Allan Gordus<br>E-mail: allan.gordus@usdoj.gov |
| 9 | Office of Consumer Litigation<br>United States Department of Justice |
| 10 | Post Office Box 386<br>Washington, DC 20044 |
| 11 | Telephone: (202) 307-1862<br>Facsimile: (202)-514-8742 |
| 12 | |
| 13 | Sondra Lee Mills<br>E-mail: sondra.mills@usdoj.gov |
| 14 | U.S. Department of Justice<br>P.O. Box 386 |
| 15 | Ben Franklin Station<br>Washington, DC 20044 |
| 16 | Telephone: (202) 616-2375<br>Facsimile: (202) 514-8742 |
| 17 | *Counsel for United States* |
| 18 | Dated: August 22, 2008 |
| 19 | |
| 20 | KAHN GAUTHIER SWICK, LLC |
| 21 | |
| 22 | Kevin E. Oufnac |
| 23 | Kahn Gauthier Swick, LLC<br>650 Poydras Street, Suite 2150 |
| 24 | New Orleans, LA 70130<br>Tel: (504) 455-1400<br>Fax: (504) 455-1498 |
| 25 | |
| 26 | |
| 27 | |
| 28 | |
| | PROOF OF SERVICE - ADMINISTRATIVE MOT. TO  - 5 -<br>CONSIDER WHETHER CASES SHOULD BE RELATED –<br>NO. 08-cv-3797 MMC |