UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DEBORAH JANE JARRETT, NANCY
ISENHOWER, AND JEFFREY H.
          Plaintiff(s),

Case No. CV-08-02376 MHP

ADR CERTIFICATION BY PARTIES
AND COUNSEL

v.

INTERMUNE INC., W. SCOTT
HARKONEN AND GENENTECH,
          Defendant(s).

_____ /

     Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

     **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

     **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

     **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: August 12, 2008

*Deborah Jane Jarrett*
[Party]

Dated: 8/26/08

*[signature]*
[Counsel]