UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DEBORAH JANE JARRETT,
NANCY ISENHOWER, AND
JEFFREY H. FRANKEL,
      Plaintiff(s),

CASE NO.:   C-08-02376 MHP

ADR CERTIFICATION BY
PARTIES AND COUNSEL

v.

INTERMUNE, INC., W. SCOTT
HARKONEN AND GENETECH, INC.,
      Defendant(s).

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited Printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45)*;

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: _____    _____
                                  Jeffrey Frankel

Dated: 8/25/08    _____
                                  Attorney for Plaintiff