REED R. KATHREIN (State Bar No. 139304)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com

THOMAS M. SOBOL
HAGENS BERMAN SOBOL SHAPIRO LLP
One Main Street, 4th Floor
Cambridge, MA 02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003
tom@hbsslaw.com

Attorneys for Plaintiffs
[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH JANE JARRETT, NANCY ISENHOWER, AND JEFFREY H. FRANKEL, )<br><br>Plaintiffs, )<br><br>v. )<br><br>INTERMUNE INC., W. SCOTT HARKONEN AND GENENTECH, INC., )<br><br>Defendants. ) | No. 3:08-cv-02376 MHP<br><br>**PLAINTIFFS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL RULE 3-16** |
| LINDA K. RYBKOSKI, on behalf of herself and others similarly situated, )<br><br>Plaintiff, )<br><br>v. )<br><br>INTERMUNE INC., W. SCOTT HARKONEN AND GENENTECH, INC., )<br><br>Defendants. ) | THIS DOCUMENT RELATES TO:<br><br>Case No. 3:08-cv-02916 MHP |

1
        Pursuant to Local Rule 3-16, Plaintiffs Jarrett, Isenhower, and Frankel hereby file their

2
Certification of Interested Entities or Persons.  The undersigned certified that as of this date, with

3
respect to Plaintiffs, there is no such interest to report.

4

Dated: August 25, 2008                    By: /s/ Thomas M. Sobol
5

6                                          Thomas M. Sobol
                                           David S. Nalven
7                                          Kristen A. Johnson
                                           HAGENS BERMAN SOBOL SHAPIRO LLP
8                                          One Main Street, Fourth Floor
                                           Cambridge, MA 02142
9                                          Telephone: (617) 482-3700
                                           Facsimile: (617) 482-3003
10                                         tom@hbsslaw.com
                                           davidn@hbsslaw.com
11                                         kristenj@hbsslaw.com

12                                         Reed. R. Kathrein
                                           715 Hearst Avenue, Suite 202
13                                         Berkeley, CA 94710
                                           Telephone: (510) 725-3000
14                                         Facsimile: (510) 725-3001
                                           reed@hbsslaw.com
15
                                           Steve Berman
16                                         HAGENS BERMAN SOBOL SHAPIRO, LLP
                                           1301 Fifth Avenue, Suite 2900
17                                         Seattle, WA 98101
                                           Telephone: (206) 623-7292
18                                         Facsimile: (206) 623-0594
                                           steve@hbsslaw.com
19
                                           Lance A. Harke
20                                         HARKE & CLASBY LLP
                                           155 South Miami Avenue, Suite 600
21                                         Miami, FL 33130
                                           Telephone:  (305) 536-8220
22

23                                         Douglass A. Kreis
                                           AYLSTOCK, WITKIN, KREIS
24                                         & OVERHOLTZ, PLLC
                                           603 North Palafox Street
25                                         Pensacola, FL 32501
                                           Telephone: (850) 916-7450
26

27                                         Attorneys for Plaintiffs

28

PLAINTIFFS' CERTIFICATION OF INTERESTED ENTITIES          - 2 -
OR PERSONS PURSUANT TO LOCAL RULE 3-16
010059-11  258851 V1