UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DEBORAH JANE JARRETT,
NANCY ISENHOWER, AND
JEFFREY H. FRANKEL,
    Plaintiff(s),

CASE NO.:   C-08-02376 MHP

ADR CERTIFICATION BY
PARTIES AND COUNSEL

v.

INTERMUNE, INC., W. SCOTT
HARKONEN AND GENETECH, INC.,
    Defendant(s).

_____/

    Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

    (1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited Printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45)*;

    (2) Discussed the available dispute resolution options provided by the Court and private entities; and

    (3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 8-25-08

                                                  _____
                                                  Nancy Isenhower

Dated: 8/26/08

                                                  _____
                                                  Attorney for Plaintiff