SIMON J. FRANKEL (State Bar No. 171552)
E-Mail: sfrankel@cov.com
ERIN C. SMITH (State Bar No. 234852)
E-Mail: esmith@cov.com
COVINGTON & BURLING LLP
One Front Street, 35th Floor
San Francisco, California  94111
Telephone:    (415) 591-6000
Facsimile:    (415) 591-6091

ETHAN M. POSNER (D.C. Bar No. 116654)
E-mail: eposner@cov.com
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, D.C. 20004
Telephone:    (202) 662-6000
Facsimile:    (202) 662-6291
Admitted *pro hac vice*

Attorneys for Defendant INTERMUNE, INC.

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ACTIMMUNE MARKETING LITIGATION<br><br>_____<br><br>This Document Relates To:<br><br>ALL ACTIONS | Master File No.: 08-cv-02376 MHP<br><br>**STIPULATION AND [Proposed] ORDER SETTING BRIEFING SCHEDULE FOR MOTIONS TO DISMISS AMENDED COMPLAINTS; DECLARATION IN SUPPORT THEREOF**<br><br>The Honorable Marilyn Hall Patel<br>Courtroom:         15 |

1  Plaintiffs and Defendants InterMune, Inc., Genentech, Inc., and W. Scott
2  Harkonen, by and through their respective counsel, hereby stipulate as follows:
3  WHEREAS, this Court issued a Memorandum & Order granting Defendants'
4  Motions to Dismiss without prejudice on April 28, 2009, which stated that amended complaints,
5  if any, shall be filed within 30 days of the date of the Order, and answers or other responses
6  should be filed within 30 days of the filing of the amended complaints;
7  WHEREAS, on May 28, 2009, Plaintiffs filed a Second Amended Complaint in
8  *Jarrett v. InterMune, Inc.*, 08-cv-2376-MHP, *Rybkoski v. InterMune, Inc.*, 08-cv-2916-MHP,
9  and *Zurich American Insurance Company v. Genentech, Inc.*, 08-cv-3797-MHP, and a First
10  Amended Complaint in *Government Employees Health Association, Inc. v. InterMune, Inc.*, 08-
11  cv-4531-MHP (collectively, the "Amended Complaints");
12  WHEREAS, in accordance with the Court's Order, Defendants intend to file
13  motions to dismiss the Amended Complaints on June 29, 2009;
14  WHEREAS, all parties have agreed that the hearing concerning the motions to
15  dismiss shall be noticed for August 24, 2009; and
16  WHEREAS, all parties have agreed to a reasonable briefing schedule in advance
17  of the August 24, 2009 hearing;
18  NOW, THEREFORE, Plaintiffs and all Defendants hereby stipulate that
19  Plaintiffs shall have up to and including July 27, 2009 to respond to Defendants' motions to
20  dismiss the Amended Complaints, and Defendants shall have up to and including August 10,
21  2009 to reply to Plaintiffs' opposition(s). Pursuant to Civil Local Rule 7-3(c), under this
22  briefing schedule Defendants' reply(ies) to Plaintiffs' opposition(s) will be filed and served 14
23  days before the August 24, 2009 hearing date.
24  The requested briefing schedule would not affect any other currently scheduled
25  events in this case, whether by operation of Federal Rules of Civil Procedure 16 or 26 or
26  otherwise.
27
28

STIPULATION AND [Proposed] ORDER SETTING
BRIEFING SCHEDULE FOR MOTIONS TO DISMISS
AMENDED COMPLAINTS
Master File No.: 08-cv-02376 MHP

Respectfully submitted,

DATED: June 29, 2009

HAGENS BERMAN SOBOL SHAPIRO LLP

By: /s/
Thomas M. Sobol

Attorneys for Plaintiffs

DATED: June 29, 2009

COVINGTON & BURLING LLP

By: /s/
Erin C. Smith

Attorneys for Defendant InterMune, Inc.

DATED: June 29, 2009

WILLIAMS & CONNOLLY LLP

By: /s/
Jessamyn S. Berniker

Attorneys for Defendant Genentech, Inc.

DATED: June 29, 2009

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

By: /s/
Tania M. Mortensen

Attorneys for Defendant W. Scott Harkonen

[Proposed] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __June 30_____, 2009

_____
Hon. Marilyn H. Patel
United States District Judge

*IT IS SO ORDERED — Judge Marilyn H. Patel* (court seal: United States District Court, Northern District of California)

STIPULATION AND [Proposed] ORDER SETTING BRIEFING SCHEDULE FOR MOTIONS TO DISMISS AMENDED COMPLAINTS
Master File No.: 08-cv-02376 MHP

3

## ATTESTATION

I, Erin C. Smith, am the ECF user whose User ID and Password are being used to file the STIPULATION AND [Proposed] ORDER SETTING BRIEFING SCHEDULE FOR MOTIONS TO DISMISS AMENDED COMPLAINTS. In compliance with General Order 45.X.B, I hereby attest that concurrence in the filing of this document has been obtained from signatories Thomas M. Sobol, Jessamyn S. Berniker, and Tania M. Mortensen.

DATED: June 29, 2009               COVINGTON & BURLING LLP

                                   By:   /s/
                                         Erin C. Smith

STIPULATION AND [Proposed] ORDER SETTING
BRIEFING SCHEDULE FOR MOTIONS TO DISMISS
AMENDED COMPLAINTS
Master File No.: 08-cv-02376 MHP

4

# DECLARATION

I, Erin C. Smith, declare:

1. I am an attorney in the law firm of Covington & Burling LLP, counsel of record for Defendant InterMune, Inc. in this action. I am licensed to practice law in the State of California. The matters set forth herein are true and correct of my own personal knowledge and, if called as a witness, I could and would testify competently thereto.

2. In accordance with the Court's April 28, 2009 Order, Defendant InterMune, Inc. intends to file a motion to dismiss the Amended Complaints on June 29, 2009. I am informed and believe that Defendants Genentech, Inc. and W. Scott Harkonen also intend to file motions to dismiss the Amended Complaints on June 29, 2009.

3. To allow all parties sufficient time to respond to the motions to dismiss and any oppositions thereto, and to accommodate scheduling conflicts, all parties have agreed that Defendants' motions to dismiss shall be noticed for hearing before the Court on August 24, 2009; that Plaintiffs' opposition(s) to Defendants' motions shall be filed on or before July 27, 2009; and that Defendants' reply(ies) to Plaintiffs' oppositions(s) shall be filed on or before August 10, 2009.

4. The anticipated hearing date of August 24, 2009 is only three weeks later than the earliest possible date on which motions filed on June 29, 2009 could be heard in accordance with Civil Local Rule 7-2(a). Under this proposed briefing schedule, Defendants' reply(ies) to Plaintiffs' opposition(s) will be filed and served 14 days before the August 24, 2009 hearing date, in accordance with Civil Local Rule 7-3(c).

5. The previous time modifications in this case, whether by stipulation or Court order, include (i) two Orders pursuant to stipulation, dated May 29, 2008 and June 17, 2008, extending Defendants' time to respond to the initial complaint in *Jarrett v. InterMune, Inc.*, 08-cv-2376-MHP; (ii) a July 23, 2008 Order pursuant to stipulation rescheduling the initial Case Management Conference for September 15, 2008 and extending Defendants' time to respond to the initial complaint in *Jarrett v. InterMune, Inc.*, 08-cv-2376-MHP; and (iii) a November 26, 2008 Order rescheduling the hearing concerning Defendants' motions to dismiss

STIPULATION AND [Proposed] ORDER SETTING
BRIEFING SCHEDULE FOR MOTIONS TO DISMISS
AMENDED COMPLAINTS
Master File No.: 08-cv-02376 MHP

5

the complaints in *Jarrett v. InterMune, Inc.*, 08-cv-2376-MHP, *Rybkoski v. InterMune, Inc.*, 08-cv-2916-MHP, and *Zurich American Insurance Company v. Genentech, Inc.*, 08-cv-3797-MHP, from December 8, 2008 to February 2, 2009. No further time modifications have been sought by the parties.

      6.     Insofar as I am aware, the requested briefing schedule would not affect any other currently scheduled events in this case, whether by operation of Federal Rules of Civil Procedure 16 or 26 or otherwise.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 29th day of June 2009 at San Francisco, California.

By:   /s/_____
      Erin C. Smith

STIPULATION AND [Proposed] ORDER SETTING
BRIEFING SCHEDULE FOR MOTIONS TO DISMISS
AMENDED COMPLAINTS
Master File No.: 08-cv-02376 MHP