IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Deborah Jane Jarrett

        Plaintiff,

   v.

Intermune, Inc., et al

        Defendant.
_____/

**CASE NO.** 3:08-cv-02376

(Proposed)
**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
PRO HAC VICE**

Kristen Johnson Parker             , whose business address and telephone number is

HAGENS BERMAN SOBOL SHAPIRO LLP, 55 Cambridge Pkwy, Suite 301, Cambridge, MA, 02142; (617) 482-3700

and who is an active member in good standing of the bar of  Massachusetts

having applied in the above-entitled action for admission to practice in the Northern District of

California on a pro hac vice basis, representing

     IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac

vice.* Service of papers upon and communication with co-counsel designated in the application

will constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing.*

Dated: May 7, 2010

                              MARILYN H. PATEL
                              United States District    Judge

**United States District Court**
For the Northern District of California