1  Reed R. Kathrein (State Bar No. 139304)
   reed@hbsslaw.com
2  HAGENS BERMAN SOBOL SHAPIRO LLP
   715 Hearst Avenue, Suite 202
3  Berkeley, CA  94710
   Telephone:  (510) 725-3000
4  Facsimile:  (510) 725-3001

5  *Attorneys for Plaintiffs*
6  [Additional counsel listed on signature page]

7                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA
8

| | |
|---|---|
| 9  DEBORAH JANE JARRETT, NANCY ISENHOWER, AND JEFFREY H. FRANKEL, | Case No. 3:08-cv-02376-MHP |
| 10 | Judge Marilyn H. Patel |
| 11                      Plaintiffs, | |
| 12     v. | |
| 13 INTERMUNE INC., W. SCOTT HARKONEN AND GENENTECH, INC., | |
| 14 | |
| 15                      Defendants. | |
| 16 LINDA K. RYBKOSKI, on behalf of herself and others similarly situated, | THIS DOCUMENT RELATES TO: |
| 17                      Plaintiff, | No. 3:08-cv-02916-MHP |
| 18     v. | Judge Marilyn H. Patel |
| 19 INTERMUNE, INC., W. SCOTT HARKONEN, AND GENENTECH, INC., | |
| 20 | |
| 21                      Defendants. | |
| 22 ZURICH AMERICAN INSURANCE COMPANY, | Case No. 3:08-cv-3797-MHP |
| 23                      Plaintiff, | Judge Marilyn H. Patel |
| 24     v. | |
| 25 GENENTECH, INC., INTERMUNE, INC., and W. SCOTT HARKONEN, | |
| 26 | |
| 27                      Defendants. | |
| 28 | |

**STIPULATION AND [PROPOSED] ORDER ALLOWING THE FILING OF THE JOAN M. STEVENS TRUST DOCUMENTS UNDER SEAL**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

IT IS HEREBY STIPULATED AND AGREED, by and among the parties listed below, by their undersigned counsel, as follows:

WHEREAS, Plaintiff Joan M. Stevens asserted claims for violations of the state and common law of California and other states against Defendants Intermune, Inc., W. Scott Harkonen, and Genentech, Inc. (collectively "Defendants") in the Third Amended Class Action Complaint filed on December 23, 2009;

WHEREAS, Ms. Stevens also sought appointment as a class representative in the Third Amended Complaint because she was a consumer who made out-of-pocket payments for the prescription medication Actimmune;

WHEREAS, Ms. Stevens died during the pendency of this action on December 22, 2009;

WHEREAS, Ms. Stevens, prior to her death, established the Joan M. Stevens Trust (the "Trust"), and upon her death, directed that all of her assets be transferred to the Trust;

WHEREAS, the Trust wishes to continue pursuing Ms. Stevens' claims against the Defendants in that capacity and substitute into this action for Ms. Stevens;

WHEREAS, in support the motion to substitute the Trust for Ms. Stevens, Plaintiffs seek to file certain of the Trust Documents with the Court under seal;

WHEREAS, the Trust Documents which the Plaintiffs seek to file under seal address the private affairs of Plaintiff Joan M. Stevens that are not at issue in this case,

WHEREAS the Trust Documents which the Plaintiffs seek to file under seal have been presented to the Defendants in confidence; and

WHEREAS, after reviewing the Trust Documents, none of the Defendants oppose the filing of the Trust Documents under seal;

NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED THAT:

Plaintiffs be and hereby are given leave to file the Trust Documents under seal.

| | |
|---|---|
| Dated: May 21, 2010 | Respectfully submitted |
| Hagens Berman Sobol Shapiro LLP | William & Connolly LLP |
| By: /s/ Reed R. Kathrein<br>    Reed R. Kathrein (SBN 139304)<br>    Email: reed@hbsslaw.com<br>    715 Hearst Avenue, Suite 202<br>    Berkeley, CA 94710<br>    Telephone: (510) 725-3000<br>    Facsimile: (510) 725-3001 | By: /s/ Gerson A. Zweifach<br>    Gerson A. Zweifach<br>    Email: gzweifach@wc.com<br>    Jessamyn S. Berniker<br>    Email: jberniker@wc.com<br>    George W. Hicks<br>    Email: ghicks@wc.com<br>    Williams & Connolly LLP<br>    725 Twelfth Street, NM<br>    Washington, D.C. 20005<br>    Telephone: (202) 434-5400<br>    Facsimile: (202) 434-5029 |
| By: /s/ Thomas M. Sobol<br>    Thomas M. Sobol<br>    Email: tom@hbsslaw.com<br>    One Main Street, 4th Floor<br>    Cambridge, MA 02142<br>    Telephone: (617) 482-3700<br>    Facsimile: (617) 482-3003 | ***Attorneys for Defendant Genentech, Inc.*** |
| ***Attorneys for Plaintiffs*** | |
| Kasowitz, Benson, Torres & Friedman LLP | Covington & Burling LLP |
| By: /s/ William M. Goodman<br>    William M. Goodman (SBN 61305)<br>    Email: wgoodman@kasowitz.com<br>    Tania M. Mortensen (SBN 209065)<br>    Email: tmortensen@kasowitz.com<br>    101 California Street, Suite 2300<br>    San Francisco, CA 94111<br>    Telephone: (415) 421-6140<br>    Facsimile: (415) 398-5030 | By: /s/ Simon Frankel<br>    Simon J. Frankel (SBN 171552)<br>    Email: sfrankel@cov.com<br>    Bryanne J. Schmitt (SBN 257534)<br>    Email: bschmitt@cov.com<br>    One Front Street, 35th Floor<br>    San Francisco, CA 94111<br>    Telephone: (415) 591-6000<br>    Facsimile: (415) 591-6091 |
| ***Attorneys for Defendant W. Scott Harkonen*** | Ethan M. Posner<br>Email: eposner@cov.com<br>1201 Pennsylvania Avenue, NW<br>Washington, D.C. 20004<br>Telephone: (202) 662-6000<br>Facsimile: (202) 662-6291 |
| | ***Attorneys for Defendant Intermune, Inc.*** |

Case Nos. 3:08-cv-02376-MHP, 3:08-cv-02916-MHP, and 3:08-cv-3797-MHP
STIPULATION AND [PROPOSED] ORDER

\* \* \* \*

**ORDER**

The above stipulation having been considered and good cause appearing therefore,

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

San Francisco, California, this <u>25th</u> day of <u>May</u>, 2010.

_____
MARILYN HALL PATEL
United States District Judge
Northern District of California

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

# Mailing Information for a Case 3:08-cv-02376-MHP

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Steve W. Berman**
  steve@hbsslaw.com,robert@hbsslaw.com,heatherw@hbsslaw.com

- **Jessamyn Sheli Berniker**
  jberniker@wc.com

- **Simon J. Frankel**
  sfrankel@cov.com,ncutright@cov.com

- **William M. Goodman**
  wgoodman@kasowitz.com,anathan@kasowitz.com,aajmani@kasowitz.com

- **Lance A Harke**
  lharke@harkeclasby.com

- **George W. Hicks , Jr**
  ghicks@wc.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,pashad@hbsslaw.com,sf_filings@hbsslaw.com

- **Jeffrey G. Knowles**
  EfilingJGK@cpdb.com,cyf@cpdb.com

- **Douglass A. Kreis**
  dkreis@aws-law.com,aclifton@awkolaw.com,jwitkin@aws-law.com,rbaggett@aws-law.com,cbrumfield@awkolaw.com

- **Kim Elaine Miller**
  kimmiller225@yahoo.com,kim.miller@ksfcounsel.com,ecf.notices@ksfcounsel.com

- **Conor Patrick Moore**
  ef-cpm@cpdb.com,ef-cpm@cpdb.com

- **David S. Nalven**
  davidn@hbsslaw.com,debrag@hbsslaw.com,heatherc@hbsslaw.com,jessicao@hbsslaw.com,kristenj@hbsslaw.com

- **Richard S. Scott**
  rscott@wc.com,clanza-weil@wc.com

- **Thomas M. Sobol**
  tom@hbsslaw.com,adama@hbsslaw.com,heatherc@hbsslaw.com,allisonl@hbsslaw.com,jessicao@hbsslaw.com

- **Gerson Avery Zweifach**
  gzweifach@wc.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Kristen Johnson Parker**
Hagens Berman Sobol Shapiro LLP
55 Cambridge Parkway
Suite 301
Cambridge, MA 02141

**Ethan M. Posner**
Covington & Burling LLP
1201 Pennsylvania Avenue NW
Washington, DC 20004-2401